FILED

IN THE UNITED STATES DISTRICT COURT DEC 29  AM 10: 49
FOR THE MIDDLE DISTRICT OF FLORIDA

CLERK
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

|  |  |  |
|---|---|---|
| Donald and Veronica  Null , Melissa Barr, Joseph  Blain, Claude and Estela Clevinger, William and Suzanne De Baugh,  Richard and Christina Galloway, Guillermo Herrera, Erling and Vera Hielm, Rudolph and Mary Huggins, Elisabeth Hytner, Daniel and Judith Kowalski, David and Courtney Kramer, Bryan Lancey, Anna Lasseter, Grace and Dale Malcolm, Bobby and Susan McIntyre, Michelle and Robert Minichino, Nellie Nassirou, John and Patsy Prince, Shirlee and Scott Pritt, Wanda Roman, Larry and Brenda Skiles, Sandra and Monte Summers, Leon White, Jerry and Patricia Williams | * * * * * * * * * * * * * * | Civil No.<br>6:03-CV-1858-Orl-22<br>TRIAL BY JURY DEMANDED |

Plaintiffs,

v.

GMAC Mortgage Corporation
dba ditech.com,

Defendant.

## COMPLAINT, DEMAND FOR JURY TRIAL AND INJUNCTIVE RELIEF

Donald  and  Veronica   Null , Melissa Barr, Joseph   Blain,  Claude  and  Estela

Clevinger,  William  and  Suzanne  De  Baugh,   Richard  and  Christina  Galloway, Guillermo

Herrera, Erling and Vera Hielm, Rudolph and Mary Huggins, Elisabeth Hytner, Daniel and

Judith  Kowalski,  David  and Courtney  Kramer,  Bryan  Lancey,  Anna  Lasseter,  Grace  and

1

Dale Malcolm, Bobby and Susan McIntyre, Michelle and Robert Minichino, Nellie
Nassirou, John and Patsy Prince, Shirlee and Scott Pritt, Wanda Roman, Larry and Brenda
Skiles, Sandra and Monte Summers, Leon White, Jerry and Patricia Williams, collectively
referred to as "Plaintiffs", complain as follows against GMAC Mortgage Corporation dba
ditech.com ("ditech"):

## INTRODUCTION

1.      1.      The defendant, ditech is a large, sophisticated lender that solicits
clients for second mortgage loans through a massive television campaign and through the
use of an internet web site. Ditech advertises that it allows the public to deal directly with
the lender and avoid the middleman, implying that it will cost the borrower less than a
traditional loan through a bank. As set forth more fully below, ditech regularly and
systematically charges exorbitant fees or high annual percentage rates in connection with its
second mortgage loans. Ditech gets away with charging high fees by rolling the fees into the
loan or high annual percentage rates by not disclosing the information until closing. Ditech
has been successful in operating this scheme through its failure to provide the customer with
written documentation prior to closing.

Unlike traditional loans that are closed by a closing attorney, ditech's practice is to
have a notary or "document signer" deliver the documents to the customer at the customer's
home. The Notary does not have the ability or knowledge to answer any questions regarding
the loan. The signer is merely instructed where to obtain signatures, nothing more. This
deceptive scheme violates the consumer protection laws enacted by Congress and the entire

spirit of the "Truth in Lending" laws designed to provide consumers with easily understood and disclosed information regarding the true cost of credit.

This is an action pursuant to the Truth in Lending Act ("TILA"), 15USC §1601 et seq. TILA was enacted by Congress in 1968 as Title I of the Consumer Protection Act. TILA is a remedial statute which must be "construed liberally in favor of consumers". Inge v. Rock Financial Corporation 281 F.3d 613, 621 (6th Cir. 2002).

The Federal Reserve Board adopted Regulation Z shortly after enactment of the 1968 Act. Regulation Z can be found at 12 CFR 226.1 et seq. The purpose of TILA and Regulation Z is to promote the informed use of credit and level the playing field between competing creditors. The law is designed to protect consumers in credit transactions by requiring the clear disclosure of the key terms and costs of the lending transaction. The goal of TILA is to enable the consumer to understand what their actual costs of borrowing will be on a given transaction. If the consumer can understand the true cost of the credit, then they can make an informed decision to whether to obtain the credit and they can compare terms and loans offered by various lenders. TILA intends to provide consumers with an informed understanding of the cost of credit by forcing lenders to make certain disclosures when a consumer is using their home as collateral for a loan. The TILA provides the consumer with the right to cancel certain loans that include liens on their homes. See 15 U.S.C. Sec. 1635 (a).

TILA seeks to accomplish this laudable goal through the use of a system of precise disclosure requirements regarding several material terms. The material disclosure terms

include "finance charges", "amount financed", "APR" and "Total Payments. See 15 U.S.C. Sec. 1602 (u).

- The "Finance Charge" consists of the costs involved in the loan which include interest and other fees that may be charged in connection with the loan.

- The "Amount Financed" is the amount that the consumer walks away with after deduction of any up front costs.

- The "APR" or "Annual Percentage Rate" is not the same as the interest rate. The APR is the actual cost of the credit to the consumer after taking into account all finance charges associated with the loan. Such charges include origination fees, administrative fees, and all other costs charged to the consumer by the lender.

In addition to disclosure of the credit terms listed above, the TILA also provides additional protections to homeowners when a loan is secured by their principal dwelling. Under TILA, a consumer the right to cancel a transaction that includes a lien against their principal dwelling, other than a purchase money loan, for up to three business days after the loan is consummated. This right may be extended up to three years if the consumer borrower is not provided accurate material disclosures. See 15 U.S.C. Sec. 1635 (f).

In 1994, Congress added to the TILA by enacting the Home Ownership Equity Protection Act, 15 U.S.C. § 1639, ("HOEPA"). HOEPA was enacted by Congress to curb predatory lending. Congress found that several high-rate lenders were using non-purchase money mortgages to take advantage of unsophisticated and low income homeowners in a "predatory" fashion. See S. Rep. 103-169, 1994 U.S.C.C.A.N. 1881, 1907.

HOEPA provides additional protections for consumers whose loan falls within the definition of a "High Cost Mortgage". A loan is considered a "high cost mortgage" and triggers the HOEPA requirements if one of tow tests is met. The first test is whether the consumer was charged more than 8% of the "total loan amount" in points and fees. In setting the 8% bright line test Congress found that the 8% level for points and fees was well above the industry average. The 8% trigger was to "prevent unscrupulous creditors from using grossly inflated fees and charges to take advantage of unwitting consumers". S. Rep. 103-169, 1994 U.S.S.C.A.N. 1881, 1908.

The second test is whether the annual percentage rate exceeds the comparable treasuries rate by more than 10%. In setting the 10% trigger, Congress found that the 10% was more than twice the industry average for home equity loans. See S. Rep. 103-169, 1994 U.S.C.C.A.N. 1881, 1908.

The loan made to each plaintiff was a "high cost loan" since Ditech charged plaintiffs in excess of eight points on each of their loans or the annual percentage rate exceeds the comparable treasuries rate by more than 10%. Therefore all of the plaintiffs loan fall under both TILA and HOEPA. The Defendant must have complied with the requirements of TILA and HOEPA in making the loans at issue. However, ditech's common practice and procedure is set up in such a fashion that the protections provided by TILA and HOEPA cannot be complied with by it. As a result, ditech has violated the requirements of both TILA and HOEPA on each Plaintiff's loan.

## JURISDICTION

2.  This Court has jurisdiction under 28 USC § 1331 in that the complaint deals with a federal question arising from federal statutes.

## VENUE

3.  Venue is proper in this District where the defendant resides pursuant to 28 U.S.C. Sec. 1391 (b).

## PARTIES

4.  Plaintiffs are "consumers" as defined under TILA, 15 USC § 1602(h).

5.  The plaintiffs are residents of the State of Florida.

6.  Defendant, ditech, is a mortgage company and a "creditor" as defined under TILA, 15 USC § 1602(f).

7.  Ditech has made more than five loans secured by real property in the each of the years 1999, 2000, and 2001.

## FACTS

8.  The facts relating to the plaintiffs' transactions are set forth below:

a.   Donald and Veronica Null paid $2,145 in up front fees for a $17,500 loan with an APR of 20.38% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Null family's loan is attached as Exhibit 1.

b.   Melissa Barr, paid $2,628 in up front fees for a $31,900 loan with an APR of 16.705% on a loan secured by a second mortgage against her home. The Notice of Right to

Cancel and Truth in Lending Disclosure Statement for the Barr loan is attached as Exhibit 2.

c.   Joseph Blain, paid $2,887.41 in up front fees for a $20,000 loan with an APR of 20.016% on a loan secured by a second mortgage against his home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Blain loan is attached as Exhibit 3.

d.   Claude and Estela Clevinger, paid $1,395 in up front fees for a $20,000 loan with an APR of 17.424% on a loan secured by a second mortgage against their home. The Clevenger's did not receive a Notice of Right to Cancel.   The Truth in Lending Disclosure Statement for the Clevenger family's loan is attached as Exhibit 4.

e.   William and Suzanne De Baugh paid $1,695 in up front fees for a $26,000 loan with an APR of 16.249% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the DeBaugh family's loan is attached as Exhibit 5.

f.   Richard and Christina Galloway, paid $7,895 in up front fees for a $75,000 loan with an APR of 14.666% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Galloway family's loan is attached as Exhibit 6.

g.   Guillermo Herrera , paid $395 in up front fees for a $31,000 loan with an APR of 16.987% on a l oan s ecured b y a s econd m ortgage a gainst t heir h ome. The N otice o f Right to Cancel and Truth in Lending Disclosure Statement for Herrera's loan is attached as Exhibit 7.

h. Erling and Vera Hielm paid $2,145 in up front fees for a $17,500 loan with an APR of 19.834% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Hielm family's loan is attached as Exhibit 8.

i. Rudolph and Mary Huggins, paid $4595 in up front fees for a $42,000 loan with an APR of 17.791% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Huggins family's loan is attached as Exhibit 9.

j. Elisabeth Hytner, paid $3,995 in up front fees for a $24,000 loan with an APR of 19.726% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Hytner loan is attached as Exhibit 10.

k. Daniel and Judith Kowalski paid $4,095 in up front fees for a $37,000 loan with an APR of 16.027% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Kowalski family's loan is attached as Exhibit 11.

l. David and Courtney Kramer paid $1,655 in up front fees for a $42,000 loan with an APR of 17.719% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Kramer, family's loan is attached as Exhibit 12.

m. Bryan Lancey, paid $1,204.90 in up front fees for a $40,000 loan with an APR of 16.967% on a loan secured by a second mortgage against their home. The Notice of

Right to Cancel and Truth in Lending Disclosure Statement for the Lancey loan is attached as Exhibit 13.

n. Anna Lasseter, paid $3,285 in up front fees for a $28,900 loan with an APR of 16.667% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Lasseter loan is attached as Exhibit 14.

o. Grace and Dale Malcolm paid $4,186.11 in up front fees for a $29,000 loan with an APR of 19.624% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Malcom family's loan is attached as Exhibit 15.

p. Bobby and Susan McIntyre paid $2,385 in up front fees for a $19,900 loan with an APR of 19.179% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the McIntyres family's loan is attached as Exhibit 16.

q. Michelle and Robert Minichino paid $2,347.72 in up front fees for a $15,000 loan with an APR of 18.769% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Minichino, family's loan is attached as Exhibit 17.

r. Nellie Nassirou paid $5,395 in up front fees for a $50,000 loan with an APR of 14.745% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Nassirou loan is attached as Exhibit 18.

9

s.  John and Patsy Prince paid $2,395 in up front fees for a $20,000 loan with an APR of 19.767% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Prince family's loan is attached as Exhibit 19.

t.  Shirlee and Scott Pritt, paid $1621.12 in up front fees for a $26,000 loan with an APR of 16.963% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Pritt family's loan is attached as Exhibit 20.

u.  Wanda Roman, paid $1,945 in up front fees for a $15,500 loan with an APR of 19.334% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Roman loan is attached as Exhibit 21.

v.  Larry and Brenda Skiles, paid $2495 in up front fees for a $30,000 loan with an APR of 14.983% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Skiles family's loan is attached as Exhibit 22.

w.  Sandra and Monte Summers, paid $3,395 in up front fees for a $30,000 loan with an APR of 16.658% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Summers family's loan is attached as Exhibit 23.

x.  Leon White, paid $2,075 in up front fees for a $42,000 loan with an APR of 16.232% on a loan secured by a second mortgage against his home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the White loan is attached as Exhibit 24.

y.  Jerry and Patricia Williams paid $1,895 in up front fees for a $15,000 loan with an APR of 20.485% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Williams family's loan is attached as Exhibit 25.

9.  All Plaintiffs' loans fall within the HOEPA definition of a "high cost" loan as they all exceed the 8% trigger in points and fees or the APR was more than 10% greater than the comparable treasury's rate on the 15th day of the month prior to the loan applications.

10. Prior to closing a "high cost" loan, Lenders are required by 15 U.S.C. Sec. 1639 to provide the following written disclosures:

(a) the annual percentage rate;

(b) the amount of the monthly payment;

(c) that the Consumers were not required to complete the transaction merely because they received the disclosures or that they signed a loan application;

(d) that the loan would result in a mortgage against their home; and

(e) that they could lose their home, any money they have put into it, if they did not meet their obligations.

11. Ditech does not provide its customers with written copies of the loan documents prior to closing. Indeed, Consumers do not see ditech's loan documents until the "document

11

signers" showed up at their doorstep. As a result, the Plaintiffs are not provided the information they were entitled to under the HOEPA, 12 CFR 226.32.

## FIRST COUNT - VIOLATION OF TRUTH IN LENDING ACT

12. Plaintiffs incorporate by reference, the allegations in ¶¶ 1-11 above.

13. The plaintiffs were entitled to a notice of the right to cancel the transaction that set forth the date the right to cancel period expires pursuant to 12 CFR Sec. 226.23 (b) (5). However, the notice given to each plaintiff simply left the date the plaintiff's right to cancel blank. See Exhibits 1-25. In some cases, co-owners were not given any notice at all. As a result, the Plaintiffs were not given the proper, required notice of the right to cancel in violation of the TILA.

14. Plaintiffs gave the defendant written notice of their election to cancel the transaction within three years of the loan date and more than 20 days prior to the filing of this complaint as required by 15 U.S.C. Sec. 1635.

15. The defendant has failed and refused to perform it statutory obligations and the time to do so has passed.

Wherefore, plaintiffs pray this court grant the following relief on their behalf against defendant, ditech:

a. An award of relief under 15 U.S.C. § 1640 or other statutory laws, including confirmation of their election to cancel the deed of trust under 15 U.S.C. § 1635 and an award equal to all finance charges paid in connection with the loans;

b. An award of statutory damages for ditech's failure to timely respond to the plaintiffs' notice of their election to cancel;

c. An award of costs and attorneys fees;

d. Such other and further relief that the nature of the cause may require.

## SECOND COUNT VIOLATION OF HOME OWNERSHIP

## EQUITY PROTECTION ACT

16. Plaintiffs incorporate by reference, the allegations in ¶¶ 1-15 above.

17. Each of the Plaintiffs' loans fall within the definition of a "high cost" mortgage as that term is defined by 15 U.S.C. § 1602 (aa).

18. The loans fall within either the points and fees trigger or annual percentage rate trigger.

19. As a result, the subject transactions fall within the parameters of HOEPA, 15 U.S.C. § 1639.

20. HOEPA requires that certain disclosures be made to Consumers at least three business days before loan consummation. See 15 U.S.C. Sec. 1639 (b)(1). Further, even the untimely disclosures by the defendant failed to clearly and conspicuously disclose the information by HOEPA. Specifically, ditech deceptively included the note interest rate on the disclosures in violation of HOEPA.

21. Plaintiffs provided Defendant with written notice of their election to cancel the transaction within three years of the loan date and more than 20 days prior to the filing of this complaint.

22. Defendant has failed and refused to perform it statutory obligations and the time to do so has passed.

13

23. Plaintiffs are entitled to confirmation of their election to cancel the transaction under 15 U.S.C. § 1635.

24. Plaintiffs are entitled to damages for the Defendant's violations of HOEPA..

25. Plaintiffs are entitled to statutory damages in an amount equal to all "finance charges" that they have paid in connection with their loans. See 15 U.S.C. Sec. 1640 (a)(4). Finance charges include all fees, costs and interest.

26. Defendant's practices concealed information from the Plaintiffs preventing their discovery of the violations.

Wherefore, plaintiffs pray this court grant the following relief in their favor and against defendant, ditech:

a. An award of relief under 15 U.S.C. Sec. 1640 or other statutory laws, including confirmation of their election to cancel the transaction under 15 U.S.C. Sec. 1635 and an award equal to all finance charges paid in connection with the loans;

b. An award of statutory damages in an amount equal to all finance charges paid in connection with the loan;

c. An award of statutory damages for ditech's failure to timely respond to the plaintiffs' notice of their election to cancel;

d. An award of costs and attorneys fees;

e. Such other and further relief that the nature of the cause may require.

### THIRD COUNT – DECLARATORY AND INJUNCTIVE RELIEF

27. Plaintiffs incorporate by reference, the allegations in ¶¶ 1-26 above.

28. Plaintiffs seek a declaratory judgment that:

a. The Defendant's loans to the Plaintiffs were made in violation of TILA and HOEPA;

b. Plaintiffs are entitled to exercise their right to cancel the transaction; and

c. Defendant failed to respond to the Plaintiffs' elections to cancel and the time to do so has expired.

29. Plaintiffs seek the court to enjoin Defendant from engaging in the following acts:

a. Seeking to enforce any security interest that Plaintiffs have canceled; and

b. Conducting settlements through the use of notaries or "document signers" in the State of Florida.

<u>DEMAND FOR TRIAL BY JURY</u>

The plaintiffs demand a trial by jury of their claims.

Respectfully submitted,

Mary T. Szyluga, Esq.
TRIAL COUNSEL
Florida Bar No. 17388
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick MD 21703
Tel. (301) 620-1016 or
(888) 534-4529
Fax (301) 620-1018
Attorneys for Plaintiffs.


Scott C. Borison, Esq.
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick MD 21703

15

Tel. (301) 620-1016 or
(888) 534-4529
Fax (301) 620-1018
Attorneys for Plaintiffs.

# TRUTH IN LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant | Veronica Null, Donald C. Null<br>3161 Erskine Drive<br>Orlando, FL 32825 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA  92626 |
|---|---|---|

Loan No: 000652186992

| Property: | 3161 Erskine Drive<br>Orlando, FL 32825 | Type of Loan: Conventional<br>Date: June 24, 2000<br>Disclosure Type: Final |
|---|---|---|

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| **20.380 %** | $  **33,381.85** | $  **15,069.27** | $  **48,451.12** |

REPAYMENT: See Payment Schedule below

### PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 269.21 | Monthly beginning 08/01/2000 | | | |
| 1 | 262.53 | Monthly beginning 07/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ]  The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at   3161 Erskine Drive<br>Orlando, FL 32825

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms<br>[ ]  may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ N/A          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing the loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of __ 6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you<br>
[X] may     [ ] will not     have to pay a prepayment penalty<br>
[ ] may     [X] will not     have to pay a minimum finance charge<br>
[ ] may     [X] will not     be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE    Veronica Null | _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE    Donald C. Null | _____<br>BORROWER/DATE |

159003 - 06/23/1999
LASER PRO  Reg  U.S. Pat  & T M Off , Version 2 0 8 7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Veronica Null**                                    Loan Number.   **000652186992**

Property Address. **3161 Erskine Drive**                       Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Orlando, FL  32825**

Tax I.D. No.:**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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **June 24, 2000**            ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
                                    (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                              (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                              Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                        Date        Name **Veronica Null**              Date


_____          _____
Name                        Date        Name **Donald C. Null**             Date

# TRUTH IN LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant  Melissa Barr<br>104 1st Way<br>West Palm Beach, FL  33407 | Lender  GMAC Mortgage Corporation DBA ditech com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA  92626 |

Loan No: 000652030781

| | |
|---|---|
| Property  104 1st way<br>West Palm Beach, FL  33407 | Type of Loan: Conventional<br>Date  January 3, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| **16.705 %** | **$ 30,868.17** | **$ 28,544.52** | **$ 59,412.69** |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 119 | 495.11 | Monthly beginning 03/01/2000 | | | |
| 1 | 494.60 | Monthly beginning 02/01/2010 | | | |

**DEMAND FEATURE:** [X]  This loan does not have a Demand Feature  [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ]  The annual percentage rate does n't take into account your required deposit

**VARIABLE RATE FEATURE** [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at           104 1st way
West Palm Beach, FL  33407

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms  [ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $  75 45          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also  if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late  you will be charged a late charge of    6 000% of the payment

**PREPAYMENT:** If you pay off your loan early  you
[ ] may  [X] will not    have to pay a prepayment penalty
[ ] may  [X] will not    have to pay a minimum finance charge
[ ] may  [X] will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| BORROWER DATE | Melissa Barr          BORROWER DATE |
| BORROWER DATE | BORROWER DATE |

159003 · 06/23/1999
LASER PRO  Reg  U S  Pat  & T M Off  Version 2 0 8 7p14 (c) 1999 CFI ProServices, Inc  All Rights Reserved

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: Melissa Barr

Loan Number   000652030781

Property Address: 104 1st way
West Palm Beach, FL 33407

Lender: GMAC Mortgage Corporation DBA ditech.com

Tax I.D. No.: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

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **January 3, 2000**   ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

Customer's Signature

Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO  2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION

Name                                          Date     Name Melissa Barr                        Date

Name                                          Date     Name                                     Date

# TRUTH IN LENDING DISCLOSURE STATEMENT PRELIMINARY
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Joseph G. Blain<br>5635 Tughill Drive<br>Tampa, FL 33624 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652057450

| | |
|---|---|
| Property: 5635 Tughill Drive<br>Tampa, FL 33624 | Type of Loan: Conventional<br>Date: February 20, 2000<br>Disclosure Type: **Final** |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| **20.016e %** | **$ 69,351.45e** | **$ 16,829.39e** | **$ 86,180.84e** |

REPAYMENT: See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 287.41e | Monthly beginning 06/01/2000e | | | |
| 1 | 245.25e | Monthly beginning 05/01/2025e | | | |

---

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property being purchased in this transaction located at: 5635 Tughill Drive / Tampa, FL 33624

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms [ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 110.00          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of 6.000 % of the payment.

**PREPAYMENT:** If you pay off your loan early, you

[ ] may [X] will not    have to pay a prepayment penalty.
[ ] may [X] will not    have to pay a minimum finance charge.
[ ] may [X] will not    be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

e means an estimate - All dates and numerical disclosures except for late payment disclosures are estimates.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____ BORROWER/DATE | _____ BORROWER/DATE |
| _____ BORROWER/DATE | _____ BORROWER/DATE |

159003 - 06/23/1999
LASER PRO. Reg. U.S. Pat. & T.M.Off., Version 2.0.8.7p14 (c) 2000 CFI ProServices, Inc. All Rights Reserved.

# NOTICE OF RIGHT TO CANCEL
(General)

Borrower: Joseph G. Blain                Loan Number:   000652057450

Property Address: 5635  Tughill Drive             Lender: GMAC Mortgage Corporation DBA ditech.com
                  Tampa, FL  33624

Tax I.D. No.: 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

---

**1. YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **February 22, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of _____
(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____        _____
Name                        Date       Name Joseph G. Blain              Date

_____        _____
Name                        Date       Name                              Date

**TRUTH IN LENDING DISCLOSURE STATEMENT**
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Claude Clevinger Jr, Estela M. Clevinger
112 Santa Cruz Avenue
Royal Palm Beach, FL  33411

Lender: GMAC Mortgage Corporation DBA ditech com
3200 Park Center Dr  Suite 150
Costa Mesa, CA  92626

Loan No: 000652053563

Property   112 Santa Cruz Avenue
Royal Palm Beach, FL  33411

Type of Loan: Conventional
Date: February 9, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 17.424 % | $  62,736.66 | $   18,195.98 | $   80,932.64 |

REPAYMENT. See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 269.82 | Monthly beginning 04/01/2000 | | | |
| 1 | 256.46 | Monthly beginning 03/01/2025 | | | |

DEMAND FEATURE: [X]  This loan does not have a Demand Feature    [ ]  This loan has a Demand Feature as follows

REQUIRED DEPOSIT: [ ]  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at      112 Santa Cruz Avenue
Royal Palm Beach, FL  33411

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 40.00          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of    6.000 % of the payment

PREPAYMENT. If you pay off your loan early, you
[X] may     [ ] will not     have to pay a prepayment penalty
[ ] may     [X] will not     have to pay a minimum finance charge
[ ] may     [X] will not     be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

_____          _____          _____
BORROWER/DATE          Claude Clevinger Jr          BORROWER/DATE

_____          _____          _____
BORROWER/DATE          Estela M. Clevinger          BORROWER/DATE

# TRUTH IN LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: William H. DeBaugh, Suzanne L. DeBaugh
12403 Old Country Road
Wellington, FL 33414

Lender: GMAC Mortgage Corporation DBA ditech com
3200 Park Center Dr  Suite 150
Costa Mesa, CA  92626

Loan No: 000652041788

Property: 12403 Old Country Road
Willington, FL 33414

Type of Loan: Conventional
Date. January 20, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| **16.249** % | $ **75,237.76** | $ **23,900.30** | $ **99,138.06** |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 330.50 | Monthly beginning 03/01/2000 | | | |
| 1 | 318.56 | Monthly beginning 02/01/2025 | | | |

**DEMAND FEATURE.** [X]  This loan does not have a Demand Feature   [ ]  This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ]  The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at   12403 Old Country Road
Willington, FL 33414

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ]  may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 143 00          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of __6.000__% of the payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge
[ ] may   [X] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

' hereby acknowledge reading and receiving a complete copy of this disclosure

BORROWER/DATE          William H DeBaugh                    BORROWER/DATE

BORROWER/DATE          Suzanne L  DeBaugh                   BORROWER/DATE

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: **William H. DeBaugh**

Loan Number:   **000652041788**

Property Address: **12403 Old Country Road**
                                **Willington, FL  33414**

Lender: **GMAC Mortgage Corporation DBA ditech.com**

Tax I.D. No.: **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**

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last.

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **January 20, 2000**                 ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
_____ (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

| | |
|---|---|
| _____ | _____ |
| Customer's Signature | Date |

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

| | | | |
|---|---|---|---|
| _____ Name | _____ Date | Name **William H  DeBaugh** | _____ Date |
| _____ Name | _____ Date | Name **Suzanne L  DeBaugh** | _____ Date |

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Richard P Galloway Jr  Christina S Galloway | GMAC Mortgage Corporation of PA |
| 1908 Carriage Court | 3200 Park Center Dr Suite 150 |
| Plant City, FL 33567 | Costa Mesa, CA 92626 |

Loan No: 000652078475

| | |
|---|---|
| Property:  1908 Carriage Court | Type of Loan: Conventional |
| Plant City, FL 33567 | Date: March 1, 2000 |
| | Disclosure Type  Final |

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 14.666 % | $ 183,899.40 | $ 65,635.77 | $ 249,535.17 |

REPAYMENT: See Payment Schedule below

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 831.79 | Monthly beginning 05/01/2000 | | | |
| 1 | 829.96 | Monthly beginning 04/01/2025 | | | |

DEMAND FEATURE. [X] This loan does not have a Demand Feature   [ ] This loan has a Demand Feature as follows

REQUIRED DEPOSIT· [ ]  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY  You are giving a security interest in the property located at    1908 Carriage Court
Plant City, FL 33567

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 150 00          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of    6 000 % of the payment

PREPAYMENT. If you pay off your loan early, you
[X] may  [ ] will not    have to pay a prepayment penalty
[ ] may  [X] will not    have to pay a minimum finance charge
[ ] may  [X] will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

| | |
|---|---|
| _____ BORROWER/DATE | Richard P  Galloway Jr    _____ BORROWER DATE |
| _____ BORROWER/DATE | Christina S  Galloway    _____ BORROWER DATE |

159003  06/23/1999
LASER PRO  Reg  U S  Pat  & T M Off , Version 2 0 8 7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: Richard P Galloway                    Loan Number   0006...

Property Address: 1908 Carriage Court           Lender: GMAC Mortgage Corporation DBA ditech.com
Plant City, FL  33567

Tax I D  No .263-96-18C4

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home  You
have a legal right under federal law to cancel this transaction, without cost, within three business days from
whichever of the following events occurs last

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust  is actually
signed and acknowledged by you  or you have  ... ) March 1, 2000
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days
after we receive your notice, we must take the steps necessary to reflect the fact that the
[mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but
you must then offer to return the money or property. If it is impractical or unfair for you to return the property,
you must offer its reasonable value. You may offer to return the property at your home or at the location of the
property. Money must be returned to the address below  If we do not take possession of the money or property
within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you
may use this notice by dating and signing below  Keep one copy of this notice because it contains important
information about your rights

If you cancel by mail or telegram, you must send the notice no later than midnight of _____
(date)
[or midnight of the third business day following the latest of the three events listed above]. If you send or
deliver your written notice to rescind some other way, the notice must be delivered to us at the above address
no later than 5:00 p.m  on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____          _____
Customer's Signature                                    Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE
NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT
TO CANCEL THIS TRANSACTION

_____          _____
Name                              Date     Name Richard P  Galloway Jr.        Date

_____          _____
Name                              Date     Name Christina S  Galloway          Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Guillermo R. Herrera<br>9970 NW 6th Court<br>Plantation, FL 33324 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |
|---|---|

Loan No: 000652073884

| Property: 9970 NW 6th Court<br>Plantation, FL 33324 | Type of Loan: Conventional<br>Date: March 1, 2000<br>Disclosure Type: Final |
|---|---|

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 16.987 % | $ 100,190.82 | $ 29,830.50 | $ 130,021.32 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 433.46 | Monthly beginning 05/01/2000 | | | |
| 1 | 416.78 | Monthly beginning 04/01/2025 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at:   9970 NW 6th Court<br>Plantation, FL 33324

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 62 00          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of __6 000__% of the payment.

PREPAYMENT: If you pay off your loan early, you
[ ] may  [X] will not    have to pay a prepayment penalty
[ ] may  [X] will not    have to pay a minimum finance charge.
[ ] may  [X] will not    be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _____<br>BORROWER/DATE | Guillermo R Herrera | _____<br>BORROWER/DATE |
|---|---|---|
| _____<br>BORROWER/DATE | | _____<br>BORROWER/DATE |

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: **Guillermo R. Herrera**        Loan Number:   **000652073884**

Property Address: **9970 NW 6th Court**        Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Plantation, FL  33324**

Tax I.D. No.: **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**

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You
have a legal right under federal law to cancel this transaction, without cost, within three business days from
whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually
signed and acknowledged by you (you have indicated that this will occur on) **March 1, 2000**                ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days
after we receive your notice, we must take the steps necessary to reflect the fact that the
[mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but
you must then offer to return the money or property. If it is impractical or unfair for you to return the property,
you must offer its reasonable value. You may offer to return the property at your home or at the location of the
property. Money must be returned to the address below. If we do not take possession of the money or property
within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you
may use this notice by dating and signing below. Keep one copy of this notice because it contains important
information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                                      (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or
deliver your written notice to rescind some other way, the notice must be delivered to us at the above address
no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

_____        _____
Customer's Signature                                                          Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE
NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT
TO CANCEL THIS TRANSACTION.

_____        _____        _____        _____
Name                                                      Date        Name Guillermo R. Herrera                      Date

_____        _____        _____        _____
Name                                                      Date        Name                                                      Date

(LASER PRO  Reg. U.S. Pat. & T.M.Off. Version 2.0.0.3p14a) 1997 CFI ProServices Inc. All Rights Reserved  (1\9046)  11-04-97)

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant  Erling A. Hielm, Vera S. Hielm<br>18228 Ackerman Ave<br>Port Charlotte, FL 33948 | Lender: GMAC Mortgage Corporation DBA ditech com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |
|---|---|

Loan No: 000652165496

| Property · 18228 Ackerman Avenue<br>Port Charlotte, FL 33948 | Type of Loan: Conventional<br>Date: June 21, 2000<br>Disclosure Type· Final |
|---|---|

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| **19.834 %** | $ **60,330.55** | $ **15,095.26** | $ **75,425.81** |

REPAYMENT: See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 251.48 | Monthly beginning 08/01/2000 | | | |
| 1 | 233.29 | Monthly beginning 07/01/2025 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature    [ ] This loan has a Demand Feature as follows

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at    18228 Ackerman Avenue
Port Charlotte, FL 33948

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 96 25          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES. If a payment is more than 10  days late  you will be charged a late charge of __6 000 %__ of the payment

PREPAYMENT. If you pay off your loan early, you
[X] may  [ ] will not  have to pay a prepayment penalty
[ ] may  [X] will not  have to pay a minimum finance charge.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

| _____<br>BORROWER DATE | Erling A. Hielm | _____<br>BORROWER DATE |
|---|---|---|
| _____<br>BORROWER DATE | Vera S. Hielm | _____<br>BORROWER DATE |

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower. Erling A. Hielm                    Loan Number:   000652165496

Property Address: 18228 Ackerman Avenue        Lender  GMAC Mortgage Corporation DBA ditech.com
                  Port Charlotte, FL  33948

Tax I.D  No. 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

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **June 21, 2000**                    ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

                                                                            (date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

#### I WISH TO CANCEL

_____        _____
Customer's Signature                              Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____        _____
Name                              Date      Name Erling A  Hielm              Date

_____        _____
Name                              Date      Name Vera S  Hielm                Date

# TRUTH IN LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Rudolph R. Huggins, Mary A. Huggins
4248 Northwest 41st Lane
Coconut Creek, FL 33073

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA 92626

Loan No: 000652266572

Property: 4248 Northwest 41st Lane
Coconut Creek, FL 33073

Type of Loan: Conventional
Date: September 9, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| 17.791 % | $ 69,236.54 | $ 36,520.13 | $ 105,756.67 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 587.54 | Monthly beginning 11/01/2000 | | | |
| 1 | 587.01 | Monthly beginning 10/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature   [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property being purchased in this transaction located at:   4248 Northwest 41st Lane
Coconut Creek, FL 33073

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ N/A        **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of   6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge.
[ ] may   [X] will not   be entitled to a refund of part of the finance charge.

**See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____        _____        _____
BORROWER/DATE        Rudolph R Huggins        BORROWER/DATE

_____        _____        _____
BORROWER/DATE        Mary A  Huggins        BORROWER DATE

159003 - 06/23/1999
LASER PRO. Reg. U.S. Pat. & T.M Off., Version 2 0.8 7p14 (c) 2000 CFI ProServices, Inc. All Rights Reserved.

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Rudolph R. Huggins**          Loan Number:   **000652266572**


Property Address: **4248 Northwest 41st Lane**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
                    **Coconut Creek, FL  33073**

Tax I.D. No.: **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**

---

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **September 9, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
                              (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                 (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

| | |
|---|---|
| _____ | _____ |
| Customer's Signature | Date |

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.


| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Date | Name Rudolph R. Huggins | Date |
| _____ | _____ | _____ | _____ |
| Name | Date | Name Mary A. Huggins | Date |

LASER PRO  Reg  U S  Pat  & T M Off  Ver  10 8 (c)  1997 CFI ProServices, Inc  All Rights Reserved  (3900fla    ) (lvr91)

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant  ELISABETH HYTNER<br>715 KEY WEST STREET<br>BOYNTON BEACH, FL 33426 | Lender  GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA  92626 |

Loan No: 000652145767

| | |
|---|---|
| Property:  715 KEY WEST STREET<br>BOYNTON BEACH, FL 33426 | Type of Loan  Conventional<br>Date  May 22, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 19.726 % | $ 78,150.39 | $ 19,615.09 | $ 97,765.48 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 325.95 | Monthly beginning 07/01/2000 | | | |
| 1 | 306.42 | Monthly beginning 06/01/2025 | | | |

DEMAND FEATURE [X] This loan does not have a Demand Feature     This loan has a Demand Feature as follows

REQUIRED DEPOSIT [ ] The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property       715 KEY WEST STREET
being purchased in this transaction located at       BOYNTON BEACH, FL 33426

ASSUMPTION Some one buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES  $ 48.00                    NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance or fire and extended coverage is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of    6.000 % of the payment

PREPAYMENT: If you pay off your loan early, you

[X] may   [ ] will not   have to pay a prepayment penalty
[X] may   [ ] will not   have to pay a minimum finance charge
[X] may   [ ] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

_____          _____
        BORROWER DATE                                  BORROWER DATE

_____          _____
        BORROWER DATE                                  BORROWER DATE

1590463  06/23/1999
LASER PRO  Reg. U.S. Pat. & T.M. Off., Version 2.0   3.01.11.1  Inc.  FI ProServices, Inc. All Rights Reserved

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **ELISABETH HYTNER**                    Loan Number   **000652145767**

Property Address **715 KEY WEST STREET**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**BOYNTON BEACH, FL 33426**

Tax I D No. **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**

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **May 22, 2000**                ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2 HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com. 3200 Park Center Dr. Suite 150, Costa Mesa, CA 92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
_____ (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

_____          _____
Customer's Signature                        Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION

_____    _____    _____
Name                         Date      Name **ELISABETH HYTNER**              Date

_____    _____    _____
Name                         Date      Name                                 Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Daniel Robert Kowalsky, Judith A. Kowalsky
1058 Coral Drive
Boynton Beach, FL  33426

Lender: GMAC Mortgage Corporation DBA ditech com
3200 Park Center Dr. Suite 150
Costa Mesa, CA  92626

Loan No: 000652107263

Property: 1058 Coral Drive
Boynton Beach, FL  33426

Type of Loan: Conventional
Date: April 5, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled. |
| 16.027 % | $ 100,312.09 | $ 32,234.98 | $ 132,547.07 |

REPAYMENT: See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 441.86 | Monthly beginning 06/01/2000 | | | |
| 1 | 430.93 | Monthly beginning 05/01/2025 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at:     1058 Coral Drive
Boynton Beach, FL  33426

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 203.50          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of    6 000% of the payment.

PREPAYMENT: If you pay off your loan early, you
[ ] may   [X] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge
[ ] may   [X] will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | | |
|---|---|---|
| BORROWER/DATE | Daniel Robert Kowalsky | BORROWER/DATE |
| BORROWER/DATE | Judith A  Kowalsky | BORROWER/DATE |

159003 - 06/23/1999
LASER PRO. Reg  U S  Pat. & T.M.Off , Version 2.0.B 7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved.

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Daniel Robert Kowalsky**                    Loan Number:   **000652107263**

Property Address: **1058 Coral Drive**                  Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Boynton Beach, FL  33426**

Tax I.D. No.:**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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 5, 2000**                ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

                                                                                        (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____      _____    _____      _____
Name                                 Date       Name **Daniel Robert Kowalsky**       Date

_____      _____    _____      _____
Name                                 Date       Name **Judith A. Kowalsky**           Date

LASER PRO Reg. U.S. Pat. & T.M.Off. Version 2.0 E.5 (c) 1997 CFI ProServices Inc. All Rights Reserved  [FL604fa  11-04/97]

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: David A. Kramer, Courtney P. Kramer<br>7881 Murcott Circle<br>Orlando, FL 32835 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr, Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652120177

| | |
|---|---|
| Property: 7881 Murcott Circle<br>Orlando, FL 32835 | Type of Loan: Conventional<br>Date: April 18, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 17.719 % | $ 74,100.26 | $ 39,578.69 | $ 113,678.95 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 631.56 | Monthly beginning 06/01/2000 | | | |
| 1 | 629.71 | Monthly beginning 05/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature    [ ] This loan has a Demand Feature as follows

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at    7881 Murcott Circle<br>Orlando, FL 32835

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 231 00      NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of    6 000 % of the payment

PREPAYMENT: If you pay off your loan early, you
[ ] may  [X] will not    have to pay a prepayment penalty
[ ] may  [X] will not    have to pay a minimum finance charge
[ ] may  [X] will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | | |
|---|---|---|
| _____<br>BORROWER/DATE | David A  Kramer | _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | Courtney P  Kramer | _____<br>BORROWER/DATE |

159003 · 06/23/1999
LASER PRO  Reg. U S  Pat  & T.M.Off , Version 2 0 8.7p14 (c) 2000 CFI ProServices, Inc. All Rights Reserved

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **David A. Kramer**                     Loan Number:   **000652120177**

Property Address: **7881 Murcott Circle**         Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Orlando, FL  32835**

Tax I.D. No.: **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**

---

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 18, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                        (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____          _____
Customer's Signature                                    Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                            Date     Name **David A. Kramer**              Date

_____          _____
Name                            Date     Name **Courtney P. Kramer**           Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA 92626

Loan No: 0000521226001

Property: 3281 East Golf Blvd #2
Pompano Beach, FL 33064

Type of Loan: Conventional
Date: April 24, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 16.967 % | $ 38,143.58 | $ 39,015.10 | $ 137,158.68 |

REPAYMENT: See Payment Schedule Below

### PAYMENT SCHEDULE

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 239 | 571.75 | Monthly beginning 06/01/2000 | | | |
| 1 | 575.43 | Monthly beginning 05/01/2020 | | | |

DEMAND FEATURE  [X]  This loan does not have a Demand Feature.  [ ]  This loan has a Demand Feature as follows

REQUIRED DEPOSIT:  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE  [X]  This loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at:   3281 East Golf Blvd #2
Pompano Beach, FL 33064

ASSUMPTION: Someone buying this property  [ ] cannot assume  [X] may, subject to conditions, be allowed to assume the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 80.00     NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE:  [X]  Homeowners insurance on fire and extended coverage is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will have to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 15 days late, you will be charged a late charge of   6.000 % of the payment

PREPAYMENT: If you pay off your loan early you
[X] may  [ ] will not  have to pay a penalty
[X] may  [ ] will not  be entitled to a refund of part of the finance charge
[ ] may  [X] will not  be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____   _____   BORROWER DATE

_____   _____   BORROWER DATE

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower  Bryan P  Lancey                          Loan Number:   000652122601

Property Address  3281 East Golf Blvd , #2          Lender  **GMAC Mortgage Corporation DBA ditech.com**
                  Pompano Beach, FL  33064

Tax I D  No  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

## 1  YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage lien security interest] [on in] your home. You
have a legal right under federal law  to cancel this transaction, without cost, within three business days from
whichever of the following events occurs last.

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually
signed and acknowledged by you (you have indicated that this will occur on) **April 24, 2000**               ; or
(2) the date you received your Truth in Lending disclosures, or
(3) the date you received this notice of your right to cancel

If you cancel the transaction, the [mortgage lien security interest] is also cancelled  Within 20 calendar days
after  we  receive  your  notice,  we  must  take  the  steps  necessary  to  reflect  the  fact  that  the
[mortgage lien security interest] [on in] your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction
You may keep  any money or property we have given you until we have done the things mentioned above, but
you must then offer to return the money or property  If it is impractical or unfair for you to return the property,
you must offer its reasonable value  You may offer to return the property at your home or at the location of the
property  Money must be returned to the address below  If we do not take possession of the money or property
within 20 calendar days of your offer, you may keep it without further obligation.

## 2  HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
                            (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you
may use this notice by dating and signing below  Keep one copy of this notice because it contains important
information about your rights

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                              (date)
(or midnight of the third business day following the latest of the three events listed above)  If you send or
deliver your written notice to rescind some other way, the notice must be delivered to us at the above address
no later than 5 00 p m  on the third business day following the date the loan is made

### I WISH TO CANCEL

_____                    _____
Customer's Signature                               Date

ON THE DATE LISTED ABOVE I WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE
NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME US OF MY OUR RIGHT
TO CANCEL THIS TRANSACTION

_____                    _____  Loan  Bryan P  Lancey              Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Anna A. Lasseter<br>9450 Poinciana Place #409<br>Fort Lauderdale, FL 33324 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652179786

| | |
|---|---|
| Property: 9450 Poinciana Place #409<br>Fort Lauderdale, FL 33324 | Type of Loan: Conventional<br>Date: June 16, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| **16.667** % | $ **43,696.94** | $ **25,143.43** | $ **68,840.37** |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 382.45 | Monthly beginning 08/01/2000 | | | |
| 1 | 381.82 | Monthly beginning 07/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature    [ ] This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:    9450 Poinciana Place #409<br>Fort Lauderdale, FL 33324

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms<br>[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 158.95         **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of  6.000 % of the payment.

**PREPAYMENT:** If you pay off your loan early, you

| | | |
|---|---|---|
| [ ] may | [X] will not | have to pay a prepayment penalty. |
| [ ] may | [X] will not | have to pay a minimum finance charge. |
| [ ] may | [X] will not | be entitled to a refund of part of the finance charge. |

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE | Anna A. Lasseter _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |

159003 - 06/23/1999
LASER PRO, Reg. U.S. Pat. & T.M. Off., Version 2.0.8 7p14 (c) 2000 CFI ProServices, Inc. All Rights Reserved.

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Anna A. Lasseter**                    Loan Number:   **000652179786**

Property Address: **9450 Poinciana Place , #409**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Fort Lauderdale, FL  33324**

Tax I.D. No.: **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**

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You
have a legal right under federal law to cancel this transaction, without cost, within three business days from
whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually
signed and acknowledged by you (you have indicated that this will occur on) **June 16, 2000**              ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days
after we receive your notice, we must take the steps necessary to reflect the fact that the
[mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but
you must then offer to return the money or property. If it is impractical or unfair for you to return the property,
you must offer its reasonable value. You may offer to return the property at your home or at the location of the
property. Money must be returned to the address below. If we do not take possession of the money or property
within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
                              (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you
may use this notice by dating and signing below. Keep one copy of this notice because it contains important
information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                              (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or
deliver your written notice to rescind some other way, the notice must be delivered to us at the above address
no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE
NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT
TO CANCEL THIS TRANSACTION.

_____          _____
Name                          Date       Name **Anna A. Lasseter**                 Date

_____          _____
Name                          Date       Name                                     Date

ILASER PRO Reg U S Pat & T M Off Version 2 0 0 1p14(c) 1997 CFI ProServices, Inc  All Rights Reserved   (S0042a  11/04/97)

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Suzan McIntyre, Bobby McIntyre<br>3801 CASABA LOOP<br>VALRICO, FL 33594 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA  92626 |
|---|---|

Loan No: 000652088203

| Property:  3801 CASABA LOOP<br>VALRICO, FL 33594 | Type of Loan: Conventional<br>Date: March 17, 2000<br>Disclosure Type: Final |
|---|---|

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 19.179 % | $   35,427.62 | $   17,152.14 | $   52,579.76 |

REPAYMENT: See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 292.14 | Monthly beginning 05/01/2000 | | | |
| 1 | 286.70 | Monthly beginning 04/01/2015 | | | |

DEMAND FEATURE: [X]  This loan does not have a Demand Feature     [ ]  This loan has a Demand Feature as follows·

REQUIRED DEPOSIT: [ ]  The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property being purchased in this transaction located at.     3801 CASABA LOOP  VALRICO, FL 33594

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ]  may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 109 45          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of   6 000 % of the payment.

PREPAYMENT: If you pay off your loan early, you
[X] may       [ ] will not     have to pay a prepayment penalty
[ ] may       [X] will not     have to pay a minimum finance charge
[ ] may       [X] will not     be entitled to a refund of part of the finance charge.

**See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____
BORROWER/DATE

_____
BORROWER/DATE

_____
BORROWER/DATE

_____
BORROWER/DATE

159003 - 06/23/1999
LASER PRO. Reg. U.S. Pat. & T.M Off., Version 2 0.8 7p14 (c) 2000 CFI ProServices, Inc. All Rights Reserved.

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Suzan McIntyre**                    Loan Number:   **000652088203**

Property Address: **3801 CASABA LOOP**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**VALRICO, FL  33594**

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **March 17, 2000**                ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                        Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____        _____        _____        _____
Name                           Date           Name **Suzan McIntyre**          Date

_____        _____        _____        _____
Name                           Date           Name **Bobby McIntyre**          Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Grace E. Malcolm, Dale S Malcolm<br>7141 SW 6th St.<br>Pembroke Pines, FL 33023 | Lender: GMAC Mortgage Corporation DBA ditech com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No. 000652081935

| | |
|---|---|
| Property. 7141 South West 6th Street<br>Hollywood, FL 33029 | Type of Loan  Conventional<br>Date: March 4, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| **19.624** % | $ **100,006.22** | $ **24,973.39** | $ **124,979.61** |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 416.74 | Monthly beginning 05/01/2000 | | | |
| 1 | 374.35 | Monthly beginning 04/01/2025 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature    [ ] This loan has a Demand Feature as follows

REQUIRED DEPOSIT: [ ]  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE. [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property     7141 South West 6th Street
being purchased in this transaction located at       Hollywood, FL 33029

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ]  may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 159 50       NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of  6 000% of the payment

PREPAYMENT: If you pay off your loan early, you
[X] may  [ ] will not    have to pay a prepayment penalty
[ ] may  [X] will not    have to pay a minimum finance charge
[ ] may  [X] will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | | |
|---|---|---|
| _____ | | _____ |
| BORROWER DATE | | BORROWER DATE |
| _____ | | _____ |
| BORROWER DATE | | BORROWER DATE |

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Grace E. Malcolm**                      Loan Number:   **000652081935**

Property Address: **7141 South West 6th Street**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Hollywood, FL  33029**

Tax I D. No.: **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**

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **March 4, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
                              (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                              (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____              _____
Customer's Signature                           Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____ _____        _____ _____
Name                             Date           Name Grace E. Malcolm              Date

_____ _____        _____ _____
Name                             Date           Name Dale S. Malcolm               Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Michelle Minichino, Robert T Minichino<br>11107 Bloomington Dr<br>Tampa, FL 33635 | Lender: GMAC Mortgage Corporation DBA ditech com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |
| --- | --- |

Loan No: 000652224473

| Property: 11107 Bloomington Drive<br>Tampa, FL 33635 | Type of Loan: Conventional<br>Date: August 1, 2000<br>Disclosure Type: Final |
| --- | --- |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
| --- | --- | --- | --- |
| 18.769 % | $ 48,365.36 | $ 12,734.78 | $ 61,100.14 |

**REPAYMENT:** See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
| --- | --- | --- | --- | --- | --- |
| 299 | 203.72 | Monthly beginning 10/01/2000 | | | |
| 1 | 187.86 | Monthly beginning 09/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature    [ ] This loan has a Demand Feature as follows.

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at     11107 Bloomington Drive<br>Tampa, FL 33635

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms<br>[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 82 50          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of   6.000 % of the payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not   have to pay a prepayment penalty
[ ] may  [X] will not   have to pay a minimum finance charge
[ ] may  [X] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____
BORROWER/DATE

_____
BORROWER/DATE

_____
BORROWER/DATE

_____
BORROWER/DATE

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Michelle Minichino**                        Loan Number:   **000652224473**

Property Address: **11107 Bloomington Drive**           Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Tampa, FL  33635**

Tax I.D. No.:**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**

---

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last.

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **August 1, 2000**            ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                        _____
Customer's Signature                                   Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____                        _____
Name                          Date                     Name **Michelle Minichino**                   Date

_____                        _____
Name                          Date                     Name **Robert T. Minichino**                   Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Nellie Nassirou<br>5587 Glasgow Hills Lane<br>Jacksonville, FL 32258 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652123544

| | |
|---|---|
| Property: 5587 Glasgow Hills Lane<br>Jacksonville, FL 32258 | Type of Loan: Conventional<br>Date: April 22, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| **14.745** % | $ **65,520.73** | $ **43,945.82** | $ **109,466.55** |

REPAYMENT: See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 608.15 | Monthly beginning 06/01/2000 | | | |
| 1 | 607.70 | Monthly beginning 05/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature   [ ] This loan has a Demand Feature as follows.

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at   5587 Glasgow Hills Lane
Jacksonville, FL 32258

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 275.00        **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of   6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge
[ ] may   [X] will not   be entitled to a refund of part of the finance charge.

**See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE | Nellie Nassirou _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |

159003 - 06/23/1999
LASER PRO, Reg. U.S. Pat. & T.M. Off., Version 2.0.8.7p14 (c) 2000 CFI ProServices, Inc. All Rights Reserved

# NOTICE OF RIGHT TO CANCEL
## (General)

Borrower: **Nellie Nassirou**                    Loan Number:   **000652123544**

Property Address: **5587 Glasgow Hills Lane**        Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Jacksonville, FL  32258**

Tax I.D. No.: **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**

---

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 22, 2000**                  ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)
(or midnight of the third business day following the latest of the three events listed above).  If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____        _____
Customer's Signature                                 Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.


_____        _____
Name                              Date        Name **Nellie Nassirou**                 Date


_____        _____
Name                              Date        Name                              Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant. John H Prince, Patsy Prince<br>1220 Musket Ridge Court<br>Middleburg, FL 32068 | Lender  GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr  Suite 150<br>Costa Mesa, CA 92626 |

Loan No  000652207285

| | |
|---|---|
| Property· 1220 Musket Ridge Court<br>Middleburg, FL 32068 | Type of Loan  Conventional<br>Date· July 11, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you ·or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 19.767 % | $   68,976.53 | $   17,204.31 | $   86,180.84 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 287.41 | Monthly beginning 09/01/2000 | | | |
| 1 | 245.25 | Monthly beginning 08/01/2025 | | | |

DEMAND FEATURE: [X]  This loan does not have a Demand Feature   [ ]  This loan has a Demand Feature as follows

REQUIRED DEPOSIT: [ ]  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY  You are giving a security interest in the property located at     1220 Musket Ridge Court
Middleburg, FL 32068

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 40 00          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing the loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptal to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of   6 000% of the payment.

PREPAYMENT: If you pay off your loan early, you
[X] may   [ ] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge
[X] may   [ ] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

| | | |
|---|---|---|
| BORROWER/DATE | John H Prince | BORROWER/DATE |
| BORROWER DATE | Patsy Prince | BORROWER/DATE |

159003 - 06/23/1999
LASER PRO  Reg U S Pat & T M Off , Version 2 0 B 7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **John  H. Prince**                           Loan Number.   **000652207285**

Property Address: **1220 Musket Ridge Court**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Middleburg, FL  32068**

Tax I.D. No.:**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**

---

## 1. YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **July 11, 2000**                    ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
                                    (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                    (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature          Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.


_____                    _____
Name                          Date          Name **John H Prince**                    Date


_____                    _____
Name                          Date          Name **Patsy Prince**                     Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant  Scott W Pritt, Shirlee J Pritt
965 Windsong CR
Apopka, FL  32703

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA  92626

Loan No: 000652164694

Property  965 Windsong Circle
Apopka, FL  32703

Type of Loan: Conventional
Date: June 5, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 16.963 % | $  43,805.11 | $  24,521.88 | $  68,326.99 |

REPAYMENT: See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 379.60 | Monthly beginning 08/01/2000 | | | |
| 1 | 378.59 | Monthly beginning 07/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature   [ ] This loan has a Demand Feature as follows

REQUIRED DEPOSIT: [ ]  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY. You are giving a security interest in the property located at      965 Windsong Circle
Apopka, FL  32703

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 143 00        NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE. [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of    6 000 % of the payment

PREPAYMENT: If you pay off your loan early, you
[X] may    [ ] will not    have to pay a prepayment penalty
[X] may    [ ] will not    have to pay a minimum finance charge
[ ] may    [X] will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____        _____        _____
BORROWER DATE                        Scott W Pritt                        BORROWER DATE

_____        _____        _____
BORROWER DATE                        Shirlee J Pritt                      BORROWER DATE

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Scott  W. Pritt**          Loan Number:   **000652164694**

Property Address: **965 Windsong Circle**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Apopka, FL  32703**

Tax I.D  No.:**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**

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **June 5, 2000**                    , or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                (date)
(or midnight of the third business day following the latest of the three events listed above).  If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

| Customer's Signature | Date |
|---|---|
| | |

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION

| Name | Date | Name **Scott  W. Pritt** | Date |
|---|---|---|---|
| | | | |

| Name | Date | Name **Shirlee J  Pritt** | Date |
|---|---|---|---|
| | | | |



80000 SERIES
30% P C W

RECYCLED

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Wanda Roman | Lender: GMAC Mortgage Corporation DBA ditech.com |
|---|---|
| 1824 N 23rd Ave | 3200 Park Center Dr. Suite 150 |
| Hollywood, FL 33020 | Costa Mesa, CA 92626 |

Loan No: 000652133024

| Property: 1824 N 23rd Ave | Type of Loan: Conventional |
|---|---|
| Hollywood, FL 33020 | Date: May 19, 2000 |
| | Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 19.334 % | $ 27,631.35 | $ 13,320.57 | $ 40,951.92 |

REPAYMENT: See Payment Schedule below.

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 227.55 | Monthly beginning 07/01/2000 | | | |
| 1 | 220.47 | Monthly beginning 06/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property   1824 N 23rd Ave
being purchased in this transaction located at:   Hollywood, FL 33020

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 31.00         **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of   6.000 % of the payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may  [X] will not    have to pay a prepayment penalty.
[ ] may  [X] will not    have to pay a minimum finance charge.
[ ] may  [X] will not    be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _____ | _____ |
|---|---|
| BORROWER/DATE | Wanda Roman            BORROWER/DATE |
| _____ | _____ |
| BORROWER/DATE | BORROWER/DATE |

159003 - 06/23/1999
LASER PRO, Reg. U.S. Pat. & T.M Off., Version 2 0 8.7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved.

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: Wanda Roman                          Loan Number:   000652133024

Property Address: 1824 N 23rd Ave                  Lender: GMAC Mortgage Corporation DBA ditech.com
                  Hollywood, FL  33020

Tax I.D. No.: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

---

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You
have a legal right under federal law to cancel this transaction, without cost, within three business days from
whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually
signed and acknowledged by you (you have indicated that this will occur on) May 19, 2000            ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days
after we receive your notice, we must take the steps necessary to reflect the fact that the
[mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but
you must then offer to return the money or property. If it is impractical or unfair for you to return the property,
you must offer its reasonable value. You may offer to return the property at your home or at the location of the
property. Money must be returned to the address below. If we do not take possession of the money or property
within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
                                   (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you
may use this notice by dating and signing below. Keep one copy of this notice because it contains important
information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                          (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or
deliver your written notice to rescind some other way, the notice must be delivered to us at the above address
no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

_____                   _____
Customer's Signature                               Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE
NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT
TO CANCEL THIS TRANSACTION.

_____          _____
Name                              Date    Name Wanda Roman                      Date

_____          _____
Name                              Date    Name                                  Date

80000 SERIES
30% P C W

RECYCLED ♻

JAN-19-2003 05:16 AM   WAVESOFJOYCHURCH          8136433111              P.13

# TRUTH IN LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Larry E. Skiles
5101 Presidential Street
Seffner, FL 33584

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA 92626

Loan No: 000652058122

Property: 5101 Presidential Street
Seffner, FL 33584

Type of Loan: Conventional
Date: February 16, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 14.983 % | $ 41,246.58 | $ 27,038.98 | $ 68,285.56 |

REPAYMENT: See Payment Schedule below.

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 379.30 | Monthly beginning 04/01/2000 | | | |
| 1 | 376.54 | Monthly beginning 03/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature. [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 5101 Presidential Street Seffner, FL 33584

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms. [ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 60.00          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of 6.000 % of the payment.

PREPAYMENT: If you pay off your loan early, you
[X] may [ ] will not    have to pay a prepayment penalty.
[ ] may [X] will not    have to pay a minimum finance charge.
[ ] may [X] will not    be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____ BORROWER/DATE    Larry E. Skiles _____ BORROWER/DATE

_____ BORROWER/DATE    Brenda Skiles _____ BORROWER/DATE

TIS003 - 08/22/1995
LASER PRO, Reg. U.S. Pat. & T M Off., Version 2.0.8 7p14 (c) 2000 CFI ProServices, Inc. All Rights Reserved.

JAN-19-2003 05:15 AM   WAVESOFJOYCHURCH        8136433111        P.12

**(General)**

Borrower: **Larry E. Skiles**                Loan Number:   **000652058122**

Property Address: **5101 Presidential Street**        Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Seffner, FL 33584**

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **February 16, 2000**        ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

                                                                     (date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

_____        _____
Customer's Signature                     Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____   Date   _____   Date
Name                                      Name Larry E. Skiles

_____   Date   _____   Date
Name                                      Name **Brenda Skiles**

80000 SERIES
30% P C W

RECYCLED

### TRUTH IN LENDING DISCLOSURE STATEMENT
#### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Sandra R. Summers, Monte J. Summers<br>3703 Stonefield Dr<br>Orlando, FL 32826 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652300727

| | |
|---|---|
| Property: 3703 Stonefield Dr<br>Orlando, FL 32826 | Type of Loan: Conventional<br>Date: September 26, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **16.658 %** | $  **45,263.28** | $  **26,196.43** | $  **71,459.71** |

REPAYMENT: See Payment Schedule below

| PAYMENT SCHEDULE: | | | | | |
|---|---|---|---|---|---|
| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
| 179 | 397.01 | Monthly beginning 11/01/2000 | | | |
| 1 | 394.92 | Monthly beginning 10/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature    [ ] This loan has a Demand Feature as follows

REQUIRED DEPOSIT: [ ]  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at:   3703 Stonefield Dr
Orlando, FL 32826

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 165 00                    NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of   6 000 % of the payment

PREPAYMENT: If you pay off your loan early, you
[X] may  .  [ ] will not    have to pay a prepayment penalty.
[ ] may       [X] will not    have to pay a minimum finance charge
[ ] may       [X] will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

| | |
|---|---|
| _____<br>BORROWER/DATE | _____<br>Sandra R Summers                    BORROWER DATE |
| _____<br>BORROWER DATE | _____<br>Monte J Summers                    BORROWER DATE |

159CG3 - 06/23/1999
LASER PRO  Reg  U.S. Pat. & T.M.Off., Version 2 0 8 7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved

# NOTICE OF RIGHT TO CANCEL
(General)

Borrower: **Sandra R. Summers**          Loan Number:  **000652300727**

Property Address: **3703 Stonefield Dr**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Orlando, FL  32826**

Tax I.D. No.:**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**

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You
have a legal right under federal law to cancel this transaction, without cost, within three business days from
whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually
signed and acknowledged by you (you have indicated that this will occur on) **September 26, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days
after we receive your notice, we must take the steps necessary to reflect the fact that the
[mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but
you must then offer to return the money or property. If it is impractical or unfair for you to return the property,
you must offer its reasonable value. You may offer to return the property at your home or at the location of the
property. Money must be returned to the address below. If we do not take possession of the money or property
within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you
may use this notice by dating and signing below. Keep one copy of this notice because it contains important
information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or
deliver your written notice to rescind some other way, the notice must be delivered to us at the above address
no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

_____          _____
Customer's Signature                    Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE
NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT
TO CANCEL THIS TRANSACTION.

_____          _____
Name                    Date          Name **Sandra R. Summers**          Date

_____          _____
Name                    Date          Name **Monte J. Summers**          Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Leon White<br>3043 S. Atlantic Avenue 1003<br>Daytona Beach Shores, FL 32118 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652346387

Property:  3043 South Atlantic Avenue #1003
Daytona Beach Shores, FL 32118

Type of Loan: Conventional
Date: November 7, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 16.232 % | $ 66,061.98 | $ 39,097.86 | $ 105,159.84 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 584.24 | Monthly beginning 01/01/2001 | | | |
| 1 | 580.88 | Monthly beginning 12/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows.

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at    3043 South Atlantic Avenue #1003
Daytona Beach Shores, FL 32118

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 231 00        NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10_ days late, you will be charged a late charge of __6 000% of the payment.

PREPAYMENT: If you pay off your loan early, you
| | | |
|---|---|---|
| [ ] may | [X] will not | have to pay a prepayment penalty. |
| [ ] may | [X] will not | have to pay a minimum finance charge |
| [ ] may | [X] will not | be entitled to a refund of part of the finance charge. |

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____
BORROWER/DATE          Leon White                                    _____ BORROWER/DATE

_____
BORROWER/DATE                                                          _____ BORROWER/DATE

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Leon White**                     Loan Number:   **000652346387**

Property Address: **3043 South  Atlantic Avenue , #1003**   Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Daytona Beach Shores, FL  32118**

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **November 7, 2000**         ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
                                     (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                              (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                       Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____        _____
Name                              Date          Name Leon White                       Date

_____        _____
Name                              Date          Name                                  Date

LASER PRO Reg. U.S. Pat. & T M Off  Version 2 0 8 (s16) 1997 CFI ProServices  Inc All Rights Reserved  [SDDs0s  11/04r97]

# TRUTH IN LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant. Jerry Lee  Williams Sr, Patricia Z. Williams
2634 Staley Ct
Orlando, FL 32818

Lender  GMAC Mortgage Corporation DBA ditech com
3200 Park Center Dr. Suite 150
Costa Mesa, CA  92626

Loan No: 000652182754

Property:  2634 Staley Ct
Orlando, FL  32818

Type of Loan: Conventional
Date: June 20, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled. |
| **20.485 %** | $  **28,670.54** | $  **12,860.09** | $  **41,530.63** |

REPAYMENT: See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 230.75 | Monthly beginning 08/01/2000 | | | |
| 1 | 226.38 | Monthly beginning 07/01/2015 | | | |

**DEMAND FEATURE:** [X]  This loan does not have a Demand Feature      [ ]  This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ]  The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at      2634 Staley Ct
Orlando, FL  32818

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ]  may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 82 50          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing the loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of     6 000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may       [ ] will not       have to pay a prepayment penalty
[ ] may       [X] will not       have to pay a minimum finance charge
[ ] may       [X] will not       be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____
BORROWER/DATE

Jerry Lee  Williams Sr

_____
BORROWER/DATE

_____
BORROWER/DATE

Patricia Z  Williams

_____
BORROWER/DATE

# NOTICE OF RIGHT TO CANCEL
## (General)

Borrower: Jerry Lee  Williams Sr       Loan Number:   000652182754

Property Address: **2634 Staley Ct**
**Orlando, FL  32818**      Lender: **GMAC Mortgage Corporation DBA ditech.com**

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **June 20, 2000**      ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
        (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____       _____
Customer's Signature                                       Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____     _____
Name                            Date     Name Jerry Lee  Williams Sr               Date

_____     _____
Name                            Date     Name Patricia Z. Williams              Date

ILLINOIS PRO Reg. U.S. Pat. & T.M. Off. Version 2.0.3.7p14 • 1997 CFI ProServices, Inc. All Rights Reserved  (YS00%)  (11-06-97)