IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Donald and Veronica Null , Melissa Barr, Joseph Blain,
Claude and Estela Clevinger, William and Suzanne De
Baugh,  Richard and Christina Galloway, Guillermo
Herrera, Erling and Vera Hielm, Rudolph and Mary
Huggins, Elisabeth Hytner, Daniel and Judith Kowalski,
David and Courtney Kramer, Bryan Lancey, Anna Lasseter,
Grace and Dale Malcolm, Bobby and Susan McIntyre,
Michelle and Robert Minichino, Nellie Nassirou, John and
Patsy Prince, Shirlee and Scott Pritt, Wanda Roman, Larry
and Brenda Skiles, Sandra and Monte Summers, Leon
White, Jerry and Patricia Williams, Jose and Sandy Arroyo,
Harvey Blalock, Donald and Dolores Broman, William
Duke and Thomas Tomlinson, Joseph Grobaski, J. Ferrell
Holt, Sandra Kline, Fred and Susan Lambert, Scott S. Nagy
and Laurie Basson, Andre and Beverly Sams, Mildred
Smith, Clifford and Helenita Younger,

       Plaintiffs,

v.

GMAC Mortgage Corporation
dba Ditech.com,

      Defendant.

\* Civil No.
\* **6:03-cv-1858-**
\* **Orl-22DAB**

\* TRIAL BY JURY
\* DEMANDED

## FIRST AMENDED COMPLAINT,
## DEMAND FOR JURY TRIAL AND INJUNCTIVE RELIEF

Donald and Veronica Null , Melissa Barr, Joseph Blain, Claude and Estela

Clevinger, William and Suzanne De Baugh,  Richard and Christina Galloway,Guillermo

Herrera, Erling and Vera Hielm, Rudolph and Mary Huggins, Elisabeth Hytner, Daniel and

Judith Kowalski, David and Courtney Kramer, Bryan Lancey, Anna Lasseter, Grace and

Dale Malcolm, Bobby and Susan McIntyre, Michelle and Robert Minichino, Nellie

Nassirou, John and Patsy Prince, Shirlee and Scott Pritt, Wanda Roman, Larry and Brenda

Skiles, Sandra and Monte Summers, Leon White, Jerry and Patricia Williams, Jose and

Sandy Arroyo, Harvey Blalock, Donald and Dolores Broman, William Duke and Thomas

Tomlinson, Joseph Grobaski,  J. Ferrell Holt, Sandra Kline, Fred and Susan Lambert, Scott

S. Nagy and Laurie Basson, Andre and Beverly Sams, Mildred Smith, Clifford and

Helenita Younger, collectively referred to as "Plaintiffs", complain as follows against

GMAC Mortgage Corporation dba Ditech.com ("Ditech"):

## **INTRODUCTION**

1.   The defendant, Ditech is a large, sophisticated lender that solicits

clients for second mortgage loans through a massive television campaign and through the

use of an internet web site.  Ditech advertises that it allows the public to deal directly with

the lender and avoid the middleman, implying that it will cost the borrower less than a

traditional loan through a bank. As set forth more fully below, Ditech regularly and

systematically charges exorbitant fees or high annual percentage rates in connection with

its second mortgage loans.  Most of the plaintiffs were charged over 15%.  Ditech gets

away with charging high fees by rolling the fees into the loan or high annual percentage

rates by not disclosing the information until closing. Ditech has been successful in

operating this scheme through its failure to provide the customer with written

documentation prior to closing.

Unlike traditional loans that are closed by a closing attorney, Ditech's practice is to

have a notary or "document signer" deliver the documents to the customer at the

2

customer's home. The Notary does not have the ability or knowledge to answer any questions regarding the loan. The signer is merely instructed where to obtain signatures, nothing more. This deceptive scheme violates the consumer protection laws enacted by Congress and the entire spirit of the "Truth in Lending" laws designed to provide consumers with easily understood and disclosed information regarding the true cost of credit.

This is an action pursuant to the Truth in Lending Act ("TILA"), 15USC §1601 <u>et seq</u>. TILA was enacted by Congress in 1968 as Title I of the Consumer Protection Act. TILA is a remedial statute which must be "construed liberally in favor of consumers". <u>Inge v. Rock Financial Corporation</u> 281 F.3d 613, 621 (6th Cir. 2002).

The Federal Reserve Board adopted Regulation Z shortly after enactment of the 1968 Act. Regulation Z can be found at 12 CFR 226.1 et seq. The purpose of TILA and Regulation Z is to promote the informed use of credit and level the playing field between competing creditors.  The law is designed to protect consumers in credit transactions by requiring the clear disclosure of the key terms and costs of the lending transaction.  The goal of TILA is to enable the consumer to understand what their actual costs of borrowing will be on a given transaction. If the consumer can understand the true cost of the credit, then they can make an informed decision to whether to obtain the credit and they can compare terms and loans offered by various lenders.   TILA intends to provide consumers with an informed understanding of the cost of credit by forcing lenders to make certain disclosures when a consumer is using their home as collateral for a loan.  The TILA provides the consumer with the right to cancel certain loans that include liens on their homes. See 15 U.S.C. Sec. 1635 (a).

TILA seeks to accomplish this laudable goal through the use of a system of precise disclosure requirements regarding several material terms. The material disclosure terms include "finance charges", "amount financed", "APR", "Total Payments" and Schedule of Payments. See 15 U.S.C. Sec. 1602 (u).

- The "Finance Charge" consists of the costs involved in the loan which include interest and other fees that may be charged in connection with the loan.

- The "Amount Financed" is the amount that the consumer walks away with after deduction of any up front costs.

- The "APR" or "Annual Percentage Rate" is not the same as the interest rate. The APR is the actual cost of the credit to the consumer after taking into account all finance charges associated with the loan. Such charges include origination fees, administrative fees, and all other costs charged to the consumer by the lender.

- Payments Schedule is the schedule of payments to be made and when.

In addition to disclosure of the credit terms listed above, the TILA also provides additional protections to homeowners when a loan is secured by their principal dwelling. Under TILA, a consumer has the right to cancel a transaction that includes a lien against their principal dwelling, other than a purchase money loan, for up to three business days after the loan is consummated. This right may be extended up to three years if the consumer borrower is not provided accurate material disclosures. See 15 U.S.C. Sec. 1635 (f).

4

In 1994, Congress added to the TILA by enacting the Home Ownership Equity Protection Act, 15 U.S.C. § 1639, ("HOEPA"). HOEPA was enacted by Congress to curb predatory lending. Congress found that several high-rate lenders were using non-purchase money mortgages to take advantage of unsophisticated and low income homeowners in a "predatory" fashion. See S. Rep. 103-169, 1994 U.S.C.C.A.N. 1881, 1907.

HOEPA provides additional protections for consumers whose loan falls within the definition of a "High Cost Mortgage". A loan is considered a "high cost mortgage" and triggers the HOEPA requirements if one of two tests is met. The first test is whether the consumer was charged more than 8% of the "total loan amount" in points and fees. In setting the 8% bright line test Congress found that the 8% level for points and fees was well above the industry average. The 8% trigger was to "prevent unscrupulous creditors from using grossly inflated fees and charges to take advantage of unwitting consumers". S. Rep. 103-169, 1994 U.S.S.C.A.N. 1881, 1908.

The second test is whether the annual percentage rate exceeds the comparable treasuries rate by more than 10%. In setting the 10% trigger, Congress found that the 10% was more than twice the industry average for home equity loans. See S. Rep. 103-169, 1994 U.S.C.C.A.N. 1881, 1908.

All of the plaintiffs' loans fall under both TILA and HOEPA. The loan made to each plaintiff was a "high cost loan" since Ditech charged each plaintiff well in excess of eight points on each of their loans. Ditech failed to provide all of the required disclosures for high cost mortgages to plaintiffs. The defendant was required to comply with the requirements of TILA and HOEPA in making the loans at issue. However, Ditech's

5

common practice and procedure is set up in such a fashion that the protections provided by TILA and HOEPA cannot be complied with by it. As a result, Ditech has violated the requirements of both TILA and HOEPA on each of the plaintiffs' loan.

Ditech charged each of the plaintiffs high points or high annual percentage rates in connection their loans. Ditech's common practice and procedure is set up in such a fashion that the protections provided by applicable law cannot be complied with by it. Plaintiffs seek to enjoin Ditech's continuing violations of applicable laws and for restitution of the amounts illegally obtained by the defendant.

## JURISDICTION

2.  This Court has jurisdiction under 28 USC § 1331 in that the complaint deals with a federal question arising from federal statutes.

## VENUE

3. Venue is proper in this District where the defendant resides pursuant to 28 U.S.C. §§ 1391 (b) and 1392.

## PARTIES

4.  Plaintiffs are "consumers" as defined under TILA, 15 USC § 1602(h).

5.  The plaintiffs are residents of the State of Florida.

6.  Defendant, Ditech, is a mortgage company and a "creditor" as defined under TILA, 15 USC § 1602(f).

7.  The defendant, Ditech, at all relevant times, maintained its principal place of business at 1100 Town and Country Road, Orange, California 92868.  As a business unit of GMAC Mortgage Corporation, Ditech is one of the largest mortgage companies in the United States and conducts substantial business across the nation.

8. Ditech has made more than five loans secured by real property in the each of the years 1999, 2000, and 2001.

## FACTS

9. The facts relating to the plaintiffs' transactions are set forth below:

a.  Donald and Veronica Null paid $2,145 in up front fees for a $17,500 loan with an APR of 20.38% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Null family's loan is attached as Exhibit 1.

b.  Melissa Barr, paid $2,628 in up front fees for a $31,900 loan with an APR of 16.705% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Barr loan is attached as Exhibit 2.

c.  Joseph Blain, paid $2,887.41 in up front fees for a $20,000 loan with an APR of 20.016% on a loan secured by a second mortgage against his home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Blain loan is attached as Exhibit 3.

d. Claude and Estela Clevinger, paid $1,395 in up front fees for a $20,000 loan with an APR of 17.424% on a loan secured by a second mortgage against their home. The Clevenger's did not receive a Notice of Right to Cancel.   The Truth in Lending Disclosure Statement for the Clevenger family's loan is attached as Exhibit 4.

e. William and Suzanne De Baugh paid $1,695 in up front fees for a $26,000 loan with an APR of 16.249% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the DeBaugh family's loan is attached as Exhibit 5.

f. Richard and Christina Galloway, paid $7,895 in up front fees for a $75,000 loan with an APR of 14.666% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Galloway family's loan is attached as Exhibit 6.

g. Guillermo Herrera , paid $395 in up front fees for a $31,000 loan with an APR of 16.987% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for Herrera's loan is attached as Exhibit 7.

h. Erling and Vera Hielm paid $2,145 in up front fees for a $17,500 loan with an APR of 19.834% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Hielm family's loan is attached as Exhibit 8.

i. Rudolph and Mary Huggins, paid $4595 in up front fees for a $42,000 loan with an APR of 17.791% on a loan secured by a second mortgage against their home. The Notice of

Right to Cancel and Truth in Lending Disclosure Statement for the Huggins family's loan is attached as Exhibit 9.

j. Elisabeth Hytner, paid $3,995 in up front fees for a $24,000 loan with an APR of 19.726% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Hytner loan is attached as Exhibit 10.

k. Daniel and Judith Kowalski paid $4,095 in up front fees for a $37,000 loan with an APR of 16.027% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Kowalski family's loan is attached as Exhibit 11.

l. David and Courtney Kramer paid $1,655 in up front fees for a $42,000 loan with an APR of 17.719% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Kramer, family's loan is attached as Exhibit 12.

m. Bryan Lancey, paid $1,204.90 in up front fees for a $40,000 loan with an APR of 16.967% on a loan secured by a second mortgage against his home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Lancey loan is attached as Exhibit 13.

n. Anna Lasseter, paid $3,285 in up front fees for a $28,900 loan with an APR of 16.667% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Lasseter loan is attached as Exhibit 14.

o.  Grace and Dale Malcolm paid $4,186.11 in up front fees for a $29,000 loan with an APR of 19.624% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Malcom family's loan is attached as Exhibit 15.

p.  Bobby and Susan McIntyre paid $2,385 in up front fees for a $19,900 loan with an APR of 19.179% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the McIntyres family's loan is attached as Exhibit 16.

q.  Michelle and Robert Minichino paid $2,347.72 in up front fees for a $15,000 loan with an APR of 18.769% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Minichino family's loan is attached as Exhibit 17.

r.  Nellie Nassirou paid $5,395 in up front fees for a $50,000 loan with an APR of 14.745% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Nassirou loan is attached as Exhibit 18.

s.  John and Patsy Prince paid $2,395 in up front fees for a $20,000 loan with an APR of 19.767% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Prince family's loan is attached as Exhibit 19.

t.  Shirlee and Scott Pritt, paid $1621.12 in up front fees for a $26,000 loan with an APR of 16.963% on a loan secured by a second mortgage against their home. The Notice of

Right to Cancel and Truth in Lending Disclosure Statement for the Pritt family's loan is attached as Exhibit 20.

u.  Wanda Roman, paid $1,945 in up front fees for a $15,500 loan with an APR of 19.334% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Roman loan is attached as Exhibit 21.

v.  Larry and Brenda Skiles, paid $2495 in up front fees for a $30,000 loan with an APR of 14.983% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Skiles family's loan is attached as Exhibit 22.

w.  Sandra and Monte Summers, paid $3,395 in up front fees for a $30,000 loan with an APR of 16.658% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Summers family's loan is attached as Exhibit 23.

x.  Leon White, paid $2,075 in up front fees for a $42,000 loan with an APR of 16.232% on a loan secured by a second mortgage against his home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the White loan is attached as Exhibit 24.

y.  Jerry and Patricia Williams paid $1,895 in up front fees for a $15,000 loan with an APR of 20.485% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Williams family's loan is attached as Exhibit 25.

z.   Jose and Sandy Arroyo, paid $2995 in up front fees for a $25,000 loan with an APR of
     20.192% on a loan secured by a second mortgage against their home. Sandy Arroyo was
     not provided a Notice of Right to Cancel.  The Notice of Right to Cancel in the name of
     Jose Arroyo and Truth in Lending Disclosure Statement for the Arroyo family's loan is
     attached as Exhibit 26.

aa.  William Duke and Thomas Tomlinson, paid $2895 in up front fees for a $25,000.00 loan
     with an APR of 18.531% on a loan secured by a second mortgage against their home.
     Neither Mr. Duke, nor Mr. Tomlinson received a Notice of Right to Cancel.  The Truth
     in Lending Disclosure Statement for the Duke/Tomlinson family's loan is attached as
     Exhibit 27.

bb.  Joseph Grobaski, paid $3695 in up front fees for a $53000 loan secured by a second
     mortgage against his home. Mr. Grobaski did not receive a Truth in Lending Statement.
     The Notice of Right to Cancel for the Grobaski loan is attached as Exhibit 28.

cc.  Sandra Kline, paid $2430 in up front fees for a $20350 loan with an APR of 19.761% on
     a loan secured by a second mortgage against her home. The Notice of Right to Cancel
     and Truth in Lending Disclosure Statement for the Kline loan is attached as Exhibit 29.

dd.  Fred and Susan Lambert, paid $395 in up front fees for a $65,000.00 loan with an APR
     of 15.160% on a loan secured by a second mortgage against their home. The Notice of
     Right to Cancel and Truth in Lending Disclosure Statement for the Lambert family's
     loan is attached as Exhibit 30.

ee.  Scott S. Nagy and Laurie Basson, paid $1895 in up front fees for a $15,000 loan with an
     APR of 19.925% on a loan secured by a second mortgage against their home. The

Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Nagy family's loan is attached as Exhibit 31.

ff. Mildred Smith, paid $2445 in up front fees for a $41,000 loan with an APR of 16.145% on a loan secured by a second mortgage against her home. The Notice of Right to Cancel provided a date that was one day short of three business days.  The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Smith loan is attached as Exhibit 32.

gg. Clifford and Helenita Younger, paid $4695in up front fees for a $43,000 loan with an APR of 19.520% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Younger family's loan is attached as Exhibit 33.

hh. Harvey Blalock, paid $5305 in up front fees for a $98,200.00 loan with an APR of 14.616% on a loan secured by a second mortgage against his home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Blalock loan is attached as Exhibit 34.

ii. Donald and Dolores Broman, paid $495 in up front fees for a $37,000 loan with an fully indexed interest rate of 13.75% on a loan secured by a second mortgage against their home. The Notice of Right to Cancel for the Broman Family loan is attached as Exhibit 35.

jj. J. Ferrell Holt secured a loan in the amount of $27,000 with an APR of 9.875% secured by a second mortgage against his home. The Notice of Right to Cancel and Truth in Lending Disclosure Statement for the Holt loan is attached as Exhibit 36.

kk. Andre and Beverly Sams, paid $750 in up front fees for a $15,000 loan with an fully indexed interest APR of 13.00% on a loan secured by second mortgage against their home. The Notice of Right to Cancel for the Sams family's loan is attached as Exhibit 37.

10.   The Plaintiffs' loans described inn Paragraph 9 a-gg ("Hoepa Plaintiff's") fall within the HOEPA definition of a "high cost" loan as they all exceed the 8% trigger in points and fees or the APR was more than 10% greater than the comparable treasury's rate on the 15th day of the month prior to the loan applications.

11. Prior to closing a "high cost" loan, Lenders are required by 15 U.S.C. Sec. 1639 to provide the following written disclosures:

(a) the annual percentage rate;

(b) the amount of the monthly payment;

(c) that the Consumers were not required to complete the transaction merely because they received the disclosures or that they signed a loan application;

(d) that the loan would result in a mortgage against their home; and

(e) that they could lose their home, any money they have put into it, if they did not meet their obligations.

12.   Ditech does not provide its customers with written copies of the loan documents prior to closing. Indeed, Consumers do not see Ditech's loan documents until the overynight delivery is received or the "document signers" show up at their doorstep. As a result, the Plaintiffs are not provided the information they were entitled to under the HOEPA, 12 CFR 226.32.

14

## FIRST COUNT - VIOLATION OF TRUTH IN LENDING ACT

13. Plaintiffs incorporate by reference, the allegations in ¶¶ 1-12 above.

14. The plaintiffs were entitled to a notice of the right to cancel the transaction that set forth the date the right to cancel period expires pursuant to 12 CFR Sec. 226.23 (b) (5). However, the notice given to each plaintiff did not comply with the applicable regulations by failing to provide the date their right to cancel expired.  The notice given simply left the date of the plaintiff's right to cancel blank. See Exhibits 1-37. In some cases, co-owners were not given any notice at all. As a result, the Plaintiffs were not given the proper, required notice of the right to cancel in violation of the TILA.

15.  The schedule of payments provided to the plaintiffs was inaccurate.

16.  Plaintiffs gave the defendant written notice of their election to cancel the transaction within three years of the loan date and more than 20 days prior to the filing of this complaint as required by 15 U.S.C. Sec. 1635.

17. The defendant has failed and refused to perform it statutory obligations and the time to do so has passed.

Wherefore, plaintiffs pray this court grant the following relief on their behalf against defendant, Ditech:

a. An award of relief under 15 U.S.C. § 1640 or other statutory laws, including confirmation of their election to cancel the deed of trust under 15 U.S.C. § 1635 and an award equal to all finance charges paid in connection with the loans;

b. An award of statutory damages for Ditech's failure to timely respond to the plaintiffs' notice of their election to cancel;

c. An award of costs and attorneys fees;

d. Such other and further relief that the nature of the cause may require.

## SECOND COUNT - VIOLATION OF HOME OWNERSHIP

## EQUITY PROTECTION ACT

18. Plaintiffs incorporate by reference, the foregoing allegations in ¶¶ 1-17 above.

19. Each of the HOEPA Plaintiffs' loans fall within the definition of a "high cost" mortgage

as that term is defined by 15 U.S.C. § 1602 (aa).

20. The total points and fees charged to the HOEPA plaintiffs exceed 8% of the "total loan amount" as that term has been defined. See 12 CFR 226.32

21. As a result, the subject transactions fall within the parameters of HOEPA,  15 U.S.C. § 1639.

22. HOEPA requires that certain disclosures be made to Consumers at least three business days before loan consummation. See 15 U.S.C. Sec. 1639 (b)(1). Further, even the untimely disclosures by the defendant failed to clearly and conspicuously disclose the information by HOEPA. Specifically, Ditech deceptively included the note interest rate on the disclosures in violation of HOEPA.

23.  The defendant included a prepayment penalty that did not comply with the specific requirements of HOEPA under 15 U.S.C. Sec. 1639 (c)(2)(B).

16

24. The HOEPA Plaintiffs provided Defendant with written notice of their election to cancel the transaction within three years of the loan date and more than 20 days prior to the filing of this complaint.

25. Defendant has failed and refused to perform it statutory obligations and the time to do so has passed.

26. The HOEPA Plaintiffs are entitled to confirmation of their election to cancel the transaction under 15 U.S.C. § 1635.

27. The HOEPA Plaintiffs are entitled to damages for the Defendant's violations of HOEPA..

28. The HOEPA Plaintiffs are entitled to statutory damages in an amount equal to all "finance charges" that they have paid in connection with their loans. See 15 U.S.C. Sec. 1640 (a)(4). Finance charges include all fees, costs and interest.

29. Defendant's practices concealed information from the HOEPA Plaintiffs preventing their discovery of the violations.

Wherefore, the HOEPA plaintiffs pray this court grant the following relief in their favor and against defendant, Ditech:

a. An award of relief under 15 U.S.C. Sec. 1640 or other statutory laws, including confirmation of their election to cancel the transaction under 15 U.S.C. Sec. 1635 and an award equal to all finance charges paid in connection with the loans;

b. An award of statutory damages in an amount equal to all finance charges paid in connection with the loan;

17

c. An award of statutory damages for Ditech's failure to timely respond to the plaintiffs' notice of their election to cancel;

d. An award of costs and attorneys fees;

e. Such other and further relief that the nature of the cause may require.

## THIRD COUNT – DECLARATORY AND INJUNCTIVE RELIEF

30. Plaintiffs incorporate by reference, the allegations in ¶¶ 1-29 above.

31. Plaintiffs seek a declaratory judgment that:

a. The Defendant's loans to the Plaintiffs were made in violation of TILA and HOEPA;

b. Plaintiffs are entitled to exercise their right to cancel the transaction; and

c. Defendant failed to respond to the Plaintiffs' elections to cancel and the time to do so has expired.

32. Plaintiffs seek the court to enjoin Defendant from engaging in the following acts:

a. Seeking to enforce any security interest that Plaintiffs have canceled; and

b. Conducting settlements through the use of notaries or "document signers" in the State of Florida.

## DEMAND FOR TRIAL BY JURY

The plaintiffs demand a trial by jury of their claims.

Respectfully submitted,

Mary T. Szeluga, Esq.
TRIAL COUNSEL
Florida Bar No. 17388
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick MD 21703
Tel. (301) 620-1016 or
(888) 534-4529
Fax (301) 620-1018
Attorneys for Plaintiffs.


Scott C. Borison, Esq.
Legg Law Firm, LLC.
5500 Buckeystown Pike
Frederick MD 21703
Tel. (301) 620-1016 or
(888) 534-4529
Fax (301) 620-1018
Attorneys for Plaintiffs.

19

.

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant  Veronica Null, Donald C. Null<br>3161 Erskine Drive<br>Orlando, FL  32825 | Lender.  GMAC Mortgage Corporation DBA ditech com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA  92626 |

Loan No: 000652186992

| | |
|---|---|
| Property  3161 Erskine Drive<br>Orlando, FL  32825 | Type of Loan: Conventional<br>Date: June 24, 2000<br>Disclosure Type. Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 20.380 % | $ 33,381.85 | $  15,069.27 | $  48,451.12 |

REPAYMENT  See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 269.21 | Monthly beginning 08/01/2000 | | | |
| 1 | 262.53 | Monthly beginning 07/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature   [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at      3161 Erskine Drive
Orlando, FL  32825

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES: $** N/A               **NON-FILING INSURANCE: $** N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing the loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of  6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge
[ ] may   [X] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

| | |
|---|---|
| BORROWER/DATE          Veronica Null | BORROWER DATE |
| BORROWER DATE          Donald C  Null | BORROWER DATE |

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower  Veronica Null

Loan Number.   000652186992

Property Address. 3161 Erskine Drive
                 Orlando, FL  32825

Lender: GMAC Mortgage Corporation DBA ditech.com

Tax I.D  No : 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

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **June 24, 2000**            ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                    (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

#### I WISH TO CANCEL

_____          _____
Customer s Signature                                              Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                          Date        Name **Veronica Null**                Date


_____          _____
Name                          Date        Name **Donald C. Null**               Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Melissa Barr
104 1st Way
West Palm Beach, FL 33407

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA 92626

Loan No: 0006320301781

Property   104 1st way
West Palm Beach, FL 33407

Type of Loan: Conventional
Date: January 3, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 16.705 % | $ 30,868.17 | $ 28,544.52 | $ 59,412.69 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 119 | 495.11 | Monthly beginning 03/01/2000 | | | |
| 1 | 494.60 | Monthly beginning 02/01/2010 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature   [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at   104 1st way
West Palm Beach, FL 33407

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 75.45      **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of   6.000 % of the payment

**PREPAYMENT.** If you pay off your loan early, you
[ ] may   [X] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge
[ ] may   [X] will not   be entitled to a refund of part of the finance charge

**See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____   _____   _____
BORROWER DATE          Melissa Barr              BORROWER DATE

_____   _____   _____
BORROWER DATE                                     BORROWER DATE

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Melissa Barr**                                 Loan Number   **000652030781**

Property Address **104 1st way**                  Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **West Palm Beach, FL  33407**

Tax I.D. No.:**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**

## 1. YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home  You
have a legal right under federal law to cancel this transaction, without cost, within three business days from
whichever of the following events occurs last·

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually
signed and acknowledged by you (you have indicated that this will occur on) **January 3, 2000**              , or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days
after we receive your notice, we must take the steps necessary to reflect the fact that the
[mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but
you must then offer to return the money or property. If it is impractical or unfair for you to return the property,
you must offer its reasonable value. You may offer to return the property at your home or at the location of the
property. Money must be returned to the address below. If we do not take possession of the money or property
within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you
may use this notice by dating and signing below  Keep one copy of this notice because it contains important
information about your rights

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                            (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or
deliver your written notice to rescind some other way, the notice must be delivered to us at the above address
no later than 5:00 p.m. on the third business day following the date the loan is made

### I WISH TO CANCEL

_____                     _____
Customer's Signature                                                    Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE
NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT
TO CANCEL THIS TRANSACTION

_____  _____        _____  _____
Name                                          Date             Name **Melissa Barr**                      Date

_____  _____        _____  _____
Name                                          Date             Name                                          Date

## TRUTH IN LENDING DISCLOSURE STATEMENT PRELIMINARY
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Joseph G. Blain<br>5635 Tughill Drive<br>Tampa, FL 33624 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652057450

| | |
|---|---|
| Property: 5635 Tughill Drive<br>Tampa, FL 33624 | Type of Loan: Conventional<br>Date: February 20, 2000<br>Disclosure Type: **Final** |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **20.016e %** | **$ 69,351.45e** | **$ 16,829.39e** | **$ 86,180.84e** |

**REPAYMENT:** See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 287.41e | Monthly beginning 06/01/2000e | | | |
| 1 | 245.25e | Monthly beginning 05/01/2025e | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property being purchased in this transaction located at:   5635 Tughill Drive   Tampa, FL 33624

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.   [ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 110.00        **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of   6 000 % of the payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may   [X] will not   have to pay a prepayment penalty.
[ ] may   [X] will not   have to pay a minimum finance charge.
[ ] may   [X] will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

e means an estimate - All dates and numerical disclosures except for late payment disclosures are estimates.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: Joseph  G. Blain

Loan Number:   000652057450

Property Address: 5635  Tughill Drive
Tampa, FL  33624

Lender: GMAC Mortgage Corporation DBA ditech.com

Tax I.D. No.: 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

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **February 22, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after  we  receive  your  notice,  we  must  take  the  steps  necessary  to  reflect  the  fact  that  the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____

Customer's Signature

_____

Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____
Name

_____
Date

_____
Name Joseph  G. Blain

_____
Date

_____
Name

_____
Date

_____
Name

_____
Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Claude Clevinger Jr, Estela M Clevinger<br>112 Santa Cruz Avenue<br>Royal Palm Beach, FL 33411 | Lender: GMAC Mortgage Corporation DBA ditech com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652053563

| | |
|---|---|
| Property: 112 Santa Cruz Avenue<br>Royal Palm Beach, FL 33411 | Type of Loan: Conventional<br>Date: February 9, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 17.424 % | $ 62,736.66 | $ 18,195.98 | $ 80,932.64 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 269.82 | Monthly beginning 04/01/2000 | | | |
| 1 | 256.46 | Monthly beginning 03/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature  [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at   112 Santa Cruz Avenue
Royal Palm Beach, FL 33411

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 40 00        **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of    6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge
[ ] may   [X] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

| | | |
|---|---|---|
| BORROWER/DATE | Claude Clevinger Jr | BORROWER/DATE |
| BORROWER/DATE | Estela M Clevinger | BORROWER/DATE |

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: William H. DeBaugh, Suzanne L. DeBaugh<br>12403 Old Country Road<br>Wellington, FL 33414 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr  Suite 150<br>Costa Mesa, CA  92626 |

Loan No: 000652041788

| | |
|---|---|
| Property:  12403 Old Country Road<br>Willington, FL 33414 | Type of Loan: Conventional<br>Date: January 20, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 16.249 % | $  75,237.76 | $  23,900.30 | $  99,138.06 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 330.50 | Monthly beginning 03/01/2000 | | | |
| 1 | 318.56 | Monthly beginning 02/01/2025 | | | |

DEMAND FEATURE. [X]  This loan does not have a Demand Feature     [ ]  This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ]  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at     12403 Old Country Road
Willington, FL  33414

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 143.00          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE. [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of    6.000% of the payment

PREPAYMENT: If you pay off your loan early, you
[X] may   [ ] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge
[ ] may   [X] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

· hereby acknowledge reading and receiving a complete copy of this disclosure

| | |
|---|---|
| BORROWER/DATE     William H  DeBaugh | BORROWER/DATE |
| BORROWER/DATE     Suzanne L  DeBaugh | BORROWER/DATE |

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **William H. DeBaugh**          Loan Number:   **000652041788**

Property Address: **12403 Old Country Road**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Willington, FL  33414**

Tax I.D. No.:**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**

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **January 20, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____          _____
Customer's Signature                              Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                              Date          Name **William H  DeBaugh**          Date

_____          _____
Name                              Date          Name **Suzanne L. DeBaugh**          Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Richard P. Galloway Jr  Christine S. Galloway          Lender: GMAC Mortgage Corporation of PA
1908 Carriage Court                                         3200 Park Center Dr  Suite 150
Plant City, FL  33567                                       Costa Mesa, CA  92626

Loan No: 000652078475

Property:  1908 Carriage Court                      Type of Loan: Conventional
           Plant City, FL  33567                    Date: March 1, 2000
                                                    Disclosure Type: Final

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 14.666 % | $ 183,899.40 | $ 65,635.77 | $ 249,535.17 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 831.79 | Monthly beginning 05/01/2000 | | | |
| 1 | 829.96 | Monthly beginning 04/01/2025 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature.    [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at:    1908 Carriage Court
                                                                            Plant City  FL  33567

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 150.00          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of    6.000 % of the payment

PREPAYMENT: If you pay off your loan early, you
[X] may    [ ] will not    have to pay a prepayment penalty
[ ] may    [X] will not    have to pay a minimum finance charge
[ ] may    [X] will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

_____          _____          _____
BORROWER/DATE                        Richard P  Galloway Jr                BORROWER DATE


_____          _____          _____
BORROWER/DATE                        Christina S  Galloway                BORROWER DATE

159003 - 06/23/1999
LASER PRO  Reg  U S  Pat  & T M Off   Version 2 0 8 7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: **Richard P Galloway** Jr                    Loan Number    0006b...753-73

Property Address: **1908 Carriage Court**              Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Plant City, FL  33567**

Tax I D  No :263-96-18C4

---

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home  You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust  re actually signed and acknowledged b y      ou have  ded    ed the     u       on) March 1, 2000
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

| | |
|---|---|
| _____ | _____ |
| Customer's Signature | Date |

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

| | | | |
|---|---|---|---|
| _____ | Date | Name Richard P  Galloway Jr. | Date |
| Name | | | |
| _____ | Date | Name Christina S  Galloway | Date |
| Name | | | |

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Guillermo R. Herrera<br>9970 NW 6th Court<br>Plantation, FL  33324 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA  92626 |
|---|---|

Loan No: 000652073884

| Property:  9970 NW 6th Court<br>Plantation, FL  33324 | Type of Loan: Conventional<br>Date: March 1, 2000<br>Disclosure Type: Final |
|---|---|

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| 16.987 %  | $   100,190.82 | $   29,830.50 | $   130,021.32 |

REPAYMENT: See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 433.46 | Monthly beginning 05/01/2000 | | | |
| 1 | 416.78 | Monthly beginning 04/01/2025 | | | |

---

**DEMAND FEATURE:** [X]  This loan does not have a Demand Feature.   [ ]  This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ]  The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:   9970 NW 6th Court<br>Plantation, FL  33324

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.<br>[ ]  may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 62.00       **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of   6.000 % of the payment.

**PREPAYMENT:** If you pay off your loan early, you
[ ] may   [X] will not   have to pay a prepayment penalty.
[ ] may   [X] will not   have to pay a minimum finance charge.
[ ] may   [X] will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

---

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE | Guillermo R Herrera _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |

159003 - 06/23/1999
LASER PRO. Reg. U S  Pat  & T.M Off., Version 2 0 8 7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved.

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Guillermo R. Herrera**          Loan Number:   **000652073884**

Property Address: 9970 NW 6th Court          Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Plantation, FL  33324**

Tax I.D. No.: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

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **March 1, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____          _____
Customer's Signature                        Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                            Date        Name Guillermo R. Herrera          Date

_____          _____
Name                            Date        Name                            Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant | Erling A. Hielm, Vera S. Hielm<br>18228 Ackerman Ave<br>Port Charlotte, FL 33948 | Lender | GMAC Mortgage Corporation DBA ditech com<br>3200 Park Center Dr  Suite 150<br>Costa Mesa, CA  92626 |
|---|---|---|---|

Loan No: 000652165496

| Property | 18228 Ackerman Avenue<br>Port Charlotte, FL  33948 | Type of Loan: Conventional<br>Date: June 21, 2000<br>Disclosure Type: Final |
|---|---|---|

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 19.834 % | $  60,330.55 | $   15,095.26 | $   75,425.81 |

REPAYMENT. See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 251.48 | Monthly beginning 08/01/2000 | | | |
| 1 | 233.29 | Monthly beginning 07/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.    [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE.** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY.** You are giving a security interest in the property located at    18228 Ackerman Avenue    Port Charlotte, FL  33948

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 96 25          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES.** If a payment is more than 10  days late, you will be charged a late charge of   6 000% of the payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not  have to pay a prepayment penalty
[ ] may  [X] will not  have to pay a minimum finance charge
[ ] may  [X] will not  be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____  BORROWER DATE | _____  BORROWER DATE |
| Erling A Hielm | |
| _____  BORROWER DATE | _____  BORROWER DATE |
| Vera S Hielm | |

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower. Erling A. Hielm

Loan Number:   000652165496

Property Address: 18228 Ackerman Avenue
Port Charlotte, FL  33948

Lender: GMAC Mortgage Corporation DBA ditech.com

Tax I.D. No.: 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

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) June 21, 2000            ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                        (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____           _____
Customer's Signature                       Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____           _____
Name                          Date         Name Erling A. Hielm                Date

_____           _____
Name                          Date         Name Vera S. Hielm                  Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Rudolph R. Huggins, Mary A. Huggins<br>4248 Northwest 41st Lane<br>Coconut Creek, FL 33073 | Lender: GMAC Mortgage Corporation DBA ditech com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652266572

Property: 4248 Northwest 41st Lane
Coconut Creek, FL 33073

Type of Loan: Conventional
Date: September 9, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled. |
| 17.791 % | $ 69,236.54 | $ 36,520.13 | $ 105,756.67 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 587.54 | Monthly beginning 11/01/2000 | | | |
| 1 | 587.01 | Monthly beginning 10/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.    [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ]  The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property being purchased in this transaction located at:    4248 Northwest 41st Lane
Coconut Creek, FL 33073

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ N/A        **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of    6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may    [ ] will not    have to pay a prepayment penalty.
[ ] may    [X] will not    have to pay a minimum finance charge
[ ] may    [X] will not    be entitled to a refund of part of the finance charge.

**See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | | | |
|---|---|---|---|
| _____ BORROWER/DATE | Rudolph R Huggins | | _____ BORROWER/DATE |
| _____ BORROWER/DATE | Mary A Huggins | | _____ BORROWER/DATE |

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: Rudolph R. Huggins                 Loan Number:   000652266572

Property Address: 4248 Northwest 41st Lane         Lender: GMAC Mortgage Corporation DBA ditech.com
           Coconut Creek, FL  33073

Tax I.D. No.: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

## 1. YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) September 9, 2000            ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

                                                              (date)
[or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____          _____
Customer's Signature                              Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                              Date      Name Rudolph R. Huggins                Date

_____          _____
Name                              Date      Name Mary A Huggins                     Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: ELISABETH HYTNER<br>715 KEY WEST STREET<br>BOYNTON BEACH, FL 33426 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652145767

| | |
|---|---|
| Property  715 KEY WEST STREET<br>BOYNTON BEACH, FL 33426 | Type of Loan: Conventional<br>Date: May 22, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 19.726 % | $  78,150.39 | $  19,615.09 | $  97,765.48 |

**REPAYMENT.** See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 325.95 | Monthly beginning 07/01/2000 | | | |
| 1 | 306.43 | Monthly beginning 06/01/2025 | | | |

**DEMAND FEATURE:** [X]  This loan does not have a Demand Feature.    [ ] This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ]  The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE** [ ]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property being purchased in this transaction located at     715 KEY WEST STREET  BOYNTON BEACH, FL 33426

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.
[ ]  may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 48.00        NON-FILING INSURANCE: $ N/A

**PROPERTY INSURANCE.** [X] Homeowner's insurance or fire and extended coverage is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES.** If a payment is more than 10  days late, you will be charged a late charge of   6.000% of the payment

**PREPAYMENT.** If you pay off your loan early, you

[X] may  [ ] will not     have to pay a prepayment penalty
[X] may  [ ] will not     have to pay a minimum finance charge.
[X] may  [ ] will not     be entitled to a refund of a part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER  DATE | _____<br>BORROWER  DATE |
| _____<br>BORROWER  DATE | _____<br>BORROWER  DATE |

TISDI05  06/24/1999
LASER PRO, Reg. U.S. Pat. & T.M.Off., Version 2.0 (c) Copr. 1.1... 2000 ...  710 aServices, Inc. All Rights Reserved

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **ELISABETH HYTNER**                Loan Number    **000652145767**

Property Address: **715 KEY WEST STREET**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**BOYNTON BEACH, FL 33426**

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **May 22, 2000**                or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
<sub>(creditor's name and business address)</sub>
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

                                                                    (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____      _____      _____      _____
Name                             Date         Name  ELISABETH HYTNER           Date

_____      _____      _____      _____
Name                             Date         Name                             Date

# TRUTH IN LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Daniel Robert Kowalsky, Judith A. Kowalsky
1058 Coral Drive
Boynton Beach, FL 33426

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA 92626

Loan No: 000652107263

Property: 1058 Coral Drive
Boynton Beach, FL 33426

Type of Loan: Conventional
Date: April 5, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled. |
| 16.027 % | $ 100,312.09 | $ 32,234.98 | $ 132,547.07 |

REPAYMENT: See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 441.86 | Monthly beginning 06/01/2000 | | | |
| 1 | 430.93 | Monthly beginning 05/01/2025 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature   [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at: 1058 Coral Drive
Boynton Beach, FL 33426

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 203.50          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of 6.000% of the payment

PREPAYMENT: If you pay off your loan early, you
[ ] may  [X] will not   have to pay a prepayment penalty.
[ ] may  [X] will not   have to pay a minimum finance charge
[ ] may  [X] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____ BORROWER/DATE     Daniel Robert Kowalsky     _____ BORROWER/DATE

_____ BORROWER/DATE     Judith A. Kowalsky     _____ BORROWER/DATE

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Daniel Robert Kowalsky**          Loan Number:   **000652107263**

Property Address: **1058 Coral Drive**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Boynton Beach, FL  33426**

Tax I.D. No.: **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**

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 5, 2000**                   ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
(date)
(or midnight of the third business day following the latest of the three events listed above. If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____          _____
Customer's Signature                         Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                              Date          Name **Daniel Robert Kowalsky**          Date

_____          _____
Name                              Date          Name **Judith A. Kowalsky**          Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: David A. Kramer, Courtney P. Kramer<br>7881 Murcott Circle<br>Orlando, FL 32835 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr, Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652120177

| | |
|---|---|
| Property: 7881 Murcott Circle<br>Orlando, FL 32835 | Type of Loan: Conventional<br>Date: April 18, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| **17.719 %** | **$ 74,100.26** | **$ 39,578.69** | **$ 113,678.95** |

**REPAYMENT:** See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 631.56 | Monthly beginning 06/01/2000 | | | |
| 1 | 629.71 | Monthly beginning 05/01/2015 | | | |



**DEMAND FEATURE:** [X] This loan does not have a Demand Feature [ ] This loan has a Demand Feature as follows.

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at        7881 Murcott Circle
Orlando, FL 32835

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 231 00          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of     6 000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you
[ ] may   [X] will not   have to pay a prepayment penalty
[ ] may   [X] will not   have to pay a minimum finance charge
[ ] may   [X] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| BORROWER/DATE | David A. Kramer                    BORROWER/DATE |
| BORROWER/DATE | Courtney P. Kramer                    BORROWER/DATE |

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **David A. Kramer**                        Loan Number:   **000652120177**

Property Address: **7881 Murcott Circle**             Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Orlando, FL  32835**

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 18, 2000**               ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                              Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____        _____
Name                         Date    Name David A. Kramer                Date

_____        _____
Name                         Date    Name Courtney P Kramer              Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| | Lender  GMAC Mortgage Corporation DBA ditech.com |
| | 3200 Park Center Dr Suite 150 |
| | Costa Mesa  CA  92626 |

Loan No  0000521122001

| | |
|---|---|
| Property   3281 East Golf Blvd #2 | Type of Loan  Conventional |
| Pompano Beach  FL  33064 | Date  April 24, 2000 |
| | Disclosure Type  Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 16.967 % | $ 98,143.58 | $ 39,015.10 | $ 137,158.68 |

REPAYMENT  See Payment Schedule below

| PAYMENT SCHEDULE | | | | | |
|---|---|---|---|---|---|
| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
| 239 | 537.55 | Monthly beginning 06/01/2000 | | | |
| | 532.44 | Monthly beginning 05/01/2020 | | | |

DEMAND FEATURE  X  This loan does not have a Demand Feature.   This loan has a Demand Feature as follows

REQUIRED DEPOSIT  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE  X  This loan contains a variable rate feature.  Variable Rate Disclosures have been provided to you earlier

SECURITY  You are giving a security interest in the property located at:  3281 East Golf Blvd #2
Pompano Beach  FL  33064

ASSUMPTION  Someone buying this property   X  cannot assume the remainder of the mortgage on the original terms.
  may assume subject to conditions the remainder of the mortgage on the original terms

FILING  RECORDING FEES  $ 30.00   NON-FILING INSURANCE  $ N/A

PROPERTY INSURANCE  X  Homeowner's insurance and hazard and extended coverage  is a required condition of this loan  Also  if the property securing this loan is located in a flood hazard area  you will be required to purchase flood insurance  However  you may purchase this insurance from any insurance company acceptable to us

LATE CHARGES  If a payment is made more than 15 days after it is due  you will be charged a late charge of   5.000 % of the payment

PREPAYMENT  If you pay off your loan early you
X  may    will not    have to pay a penalty
X  may    will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about nonpayment  default  any required repayment in full before the scheduled date  and prepayment refunds and penalties

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

_____   _____   BORROWER DATE

_____   _____   BORROWER DATE

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower  Bryan P Lancey                          Loan Number.  000652122601

Property Address 3281 East Golf Blvd , #2          Lender **GMAC Mortgage Corporation DBA ditech.com**
            Pompano Beach, FL  33064

Tax I D  No  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

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage lien security interest] [on in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 24, 2000**         ; or
(2) the date you received your Truth in Lending disclosures, or
(3) the date you received this notice of your right to cancel

If you cancel the transaction, the [mortgage lien security interest] is also cancelled  Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage lien security interest] [on in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property  If it is impractical or unfair for you to return the property you must offer its reasonable value  You may offer to return the property at your home or at the location of the property  Money must be returned to the address below  If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below  Keep one copy of this notice because it contains important information about your rights

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                              (date)
[or midnight of the third business day following the latest of the three events listed above]  If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5.00 p m  on the third business day following the date the loan is made

### I WISH TO CANCEL

_____                                    _____
Customer's Signature                                          Date

ON THE DATE LISTED ABOVE I WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME US OF MY OUR RIGHT TO CANCEL THIS TRANSACTION

                              Date   Bryan P Lancey                    Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Anna A. Lasseter<br>9450 Poinciana Place #409<br>Fort Lauderdale, FL 33324 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652179786

| | |
|---|---|
| Property: 9450 Poinciana Place #409<br>Fort Lauderdale, FL 33324 | Type of Loan: Conventional<br>Date: June 16, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| 16.667 % | $ 43,696.94 | $ 25,143.43 | $ 68,840.37 |

REPAYMENT: See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 382.45 | Monthly beginning 08/01/2000 | | | |
| 1 | 381.82 | Monthly beginning 07/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at:   9450 Poinciana Place #409<br>Fort Lauderdale, FL 33324

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 158.95          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of 6.000 % of the payment.

PREPAYMENT: If you pay off your loan early, you
[ ] may  [X] will not  have to pay a prepayment penalty.
[ ] may  [X] will not  have to pay a minimum finance charge.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE | Anna A Lasseter   _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: Anna A. Lasseter                    Loan Number:   000652179786

Property Address: 9450 Poinciana Place , #409         Lender: GMAC Mortgage Corporation DBA ditech.com
                  Fort Lauderdale, FL  33324

Tax I.D. No.: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

### 1. YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) June 16, 2000              ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626
                                   (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

                                                                                            (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                    Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                          Date       Name Anna A. Lasseter                  Date

_____          _____
Name                          Date       Name                          Date

# TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Suzan McIntyre, Bobby McIntyre<br>3801 CASABA LOOP<br>VALRICO, FL 33594 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |
|---|---|

Loan No: 000652088203

| Property: 3801 CASABA LOOP<br>VALRICO, FL 33594 | Type of Loan: Conventional<br>Date: March 17, 2000<br>Disclosure Type: Final |
|---|---|

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **19.179 %** | $ **35,427.62** | $ **17,152.14** | $ **52,579.76** |

REPAYMENT: See Payment Schedule below.

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 292.14 | Monthly beginning 05/01/2000 | | | |
| 1 | 286.70 | Monthly beginning 04/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature     [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property being purchased in this transaction located at:     3801 CASABA LOOP VALRICO, FL 33594

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms [ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 109 45          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of ___6 000__% of the payment.

PREPAYMENT: If you pay off your loan early, you
[X] may  [ ] will not     have to pay a prepayment penalty.
[ ] may  [X] will not     have to pay a minimum finance charge
[ ] may  [X] will not     be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____          _____
BORROWER/DATE                                      BORROWER/DATE

_____          _____
BORROWER/DATE                                      BORROWER/DATE

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Suzan McIntyre**                                   Loan Number:   **000652088203**

Property Address: **3801 CASABA LOOP**                    Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **VALRICO, FL  33594**

Tax I.D. No.:**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**

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You
have a legal right under federal law to cancel this transaction, without cost, within three business days from
whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually
signed and acknowledged by you (you have indicated that this will occur on) **March 17, 2000**              ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days
after we receive your notice, we must take the steps necessary to reflect the fact that the
[mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but
you must then offer to return the money or property. If it is impractical or unfair for you to return the property,
you must offer its reasonable value. You may offer to return the property at your home or at the location of the
property. Money must be returned to the address below. If we do not take possession of the money or property
within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
                                (creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you
may use this notice by dating and signing below. Keep one copy of this notice because it contains important
information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                    (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or
deliver your written notice to rescind some other way, the notice must be delivered to us at the above address
no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                        _____
Customer's Signature                                     Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE
NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT
TO CANCEL THIS TRANSACTION.


_____                        _____
Name                            Date                     Name Suzan McIntyre                Date


_____                        _____
Name                            Date                     Name Bobby McIntyre                Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Grace E. Malcolm, Dale S. Malcolm
7141 SW 6th St.
Pembroke Pines, FL  33023

Lender: GMAC Mortgage Corporation DBA ditech com
3200 Park Center Dr. Suite 150
Costa Mesa, CA  92626

Loan No: 000652081935

Property:  7141 South West 6th Street
Hollywood, FL  33029

Type of Loan: Conventional
Date: March 4, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled. |
| 19.624 % | $  100,006.22 | $   24,973.39 | $   124,979.61 |

REPAYMENT: See Payment Schedule below.

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 416.74 | Monthly beginning 05/01/2000 | | | |
| 1 | 374.35 | Monthly beginning 04/01/2025 | | | |

DEMAND FEATURE: [X]  This loan does not have a Demand Feature    [ ]  This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ]  The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property
being purchased in this transaction located at.

7141 South West 6th Street
Hollywood, FL  33029

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 159.50          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of    6 000 % of the payment

PREPAYMENT: If you pay off your loan early, you
[X] may      [ ] will not    have to pay a prepayment penalty
[ ] may      [X] will not    have to pay a minimum finance charge
[ ] may      [X] will not    be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

_____
BORROWER/DATE

_____
BORROWER/DATE

_____
BORROWER/DATE

_____
BORROWER/DATE

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: Grace E. Malcolm                    Loan Number:   000652081935

Property Address: 7141 South West 6th Street          Lender: GMAC Mortgage Corporation DBA ditech.com
       Hollywood, FL  33029

Tax I D. No.: 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

**1. YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) March 4, 2000    ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150. Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

I WISH TO CANCEL

_____          _____
Customer's Signature                                         Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name          Date          Name Grace E. Malcolm      Date

_____          _____
Name          Date          Name Dale S. Malcolm      Date

.

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Michelle Minichino, Robert T. Minichino<br>11107 Bloomington Dr<br>Tampa, FL 33635 | Lender: GMAC Mortgage Corporation DBA ditech com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652224473

Property: 11107 Bloomington Drive
Tampa, FL 33635

Type of Loan: Conventional
Date: August 1, 2000
Disclosure Type: Final

| **ANNUAL PERCENTAGE RATE**<br>The cost of your credit as a yearly rate | **FINANCE CHARGE**<br>The dollar amount the credit will cost you | **Amount Financed**<br>The amount of credit provided to you or on your behalf | **Total of Payments**<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 18.769 % | $ 48,365.36 | $ 12,734.78 | $ 61,100.14 |

REPAYMENT: See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 203.72 | Monthly beginning 10/01/2000 | | | |
| 1 | 187.86 | Monthly beginning 09/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at    11107 Bloomington Drive
Tampa, FL 33635

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 82.50          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of    6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you

[X] may    [ ] will not    have to pay a prepayment penalty
[ ] may    [X] will not    have to pay a minimum finance charge
[ ] may    [X] will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |

199003  06 23 1999
LASER PRO  Reg  U S  Pat  & T M Off , Version 2 0 9 7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: **Michelle Minichino**                    Loan Number:   **000652224473**

Property Address: **11107 Bloomington Drive**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Tampa, FL 33635**

Tax I.D. No.: **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**

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last.

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **August 1, 2000**           ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA 92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                        Date         Name **Michelle Minichino**                Date

_____          _____
Name                        Date         Name **Robert T. Minichino**                Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Nellie Nassirou | Lender: GMAC Mortgage Corporation DBA ditech.com |
|---|---|
| 5587 Glasgow Hills Lane | 3200 Park Center Dr. Suite 150 |
| Jacksonville, FL 32258 | Costa Mesa, CA 92626 |

Loan No: 000652123544

| Property: 5587 Glasgow Hills Lane | Type of Loan: Conventional |
|---|---|
| Jacksonville, FL 32258 | Date: April 22, 2000 |
| | Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 14.745 % | $ 65,520.73 | $ 43,945.82 | $ 109,466.55 |

REPAYMENT: See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 608.15 | Monthly beginning 06/01/2000 | | | |
| 1 | 607.70 | Monthly beginning 05/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature.    [ ] This loan has a Demand Feature as follows.

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at        5587 Glasgow Hills Lane
Jacksonville, FL 32258

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 275.00                NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of    6.000% of the payment

PREPAYMENT: If you pay off your loan early, you
[X] may   [ ] will not    have to pay a prepayment penalty
[ ] may   [X] will not    have to pay a minimum finance charge
[ ] may   [X] will not    be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure:

_____
BORROWER/DATE                Nellie Nassirou                BORROWER/DATE

_____
BORROWER/DATE                                BORROWER/DATE

159003 - 06/23/1999
LASER PRO Reg U S Pat & T M Off, Version 2 0 8 7p14 (c) 2000 CFI ProServices, Inc All Rights Reserved

# NOTICE OF RIGHT TO CANCEL
## (General)

Borrower: **Nellie Nassirou**                    Loan Number:   **000652123544**

Property Address: **5587 Glasgow Hills Lane**              Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Jacksonville, FL 32258**

Tax I.D. No.: **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**

---

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 22, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                              Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                          Date          Name **Nellie Nassirou**                Date

_____          _____
Name                          Date          Name                          Date

.

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: John H. Prince, Patsy Prince<br>1220 Musket Ridge Court<br>Middleburg, FL 32068 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652207285

| | |
|---|---|
| Property: 1220 Musket Ridge Court<br>Middleburg, FL 32068 | Type of Loan: Conventional<br>Date: July 11, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| 19.767 % | $ 68,976.53 | $ 17,204.31 | $ 86,180.84 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 287.41 | Monthly beginning 09/01/2000 | | | |
| 1 | 245.25 | Monthly beginning 08/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature    [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at    1220 Musket Ridge Court
Middleburg, FL 32068

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 40.00          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing the loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of   6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not   have to pay a prepayment penalty
[ ] may  [X] will not   have to pay a minimum finance charge
[X] may  [ ] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

| | | |
|---|---|---|
| BORROWER/DATE | John H. Prince | BORROWER/DATE |
| BORROWER/DATE | Patsy Prince | BORROWER/DATE |

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **John H. Prince**          Loan Number: **000652207285**

Property Address: **1220 Musket Ridge Court**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Middleburg, FL 32068**

Tax I.D. No.: **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**

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **July 11, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA 92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

_____
(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____          — •          _____
Customer's Signature                                      Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____          _____          _____
Name                              Date          Name **John H. Prince**                              Date

_____          _____          _____          _____
Name                              Date          Name **Patsy Prince**                              Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Scott W. Pritt, Shirlee J. Pritt<br>965 Windsong CR<br>Apopka, FL 32703 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |
|---|---|

Loan No: 000652164694

| Property: 965 Windsong Circle<br>Apopka, FL 32703 | Type of Loan: Conventional<br>Date: June 5, 2000<br>Disclosure Type: Final |
|---|---|

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 16.963 % | $ 43,805.11 | $ 24,521.88 | $ 68,326.99 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 379.60 | Monthly beginning 08/01/2000 | | | |
| 1 | 378.59 | Monthly beginning 07/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature   [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at   965 Windsong Circle
Apopka, FL 32703

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 143.00       **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of   6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you

[X] may      [ ] will not    have to pay a prepayment penalty
[X] may      [ ] will not    have to pay a minimum finance charge
[ ] may      [X] will not    be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I, We hereby acknowledge reading and receiving a complete copy of this disclosure.

| _____ BORROWER DATE | Scott W. Pritt | _____ BORROWER DATE |
|---|---|---|

| _____ BORROWER DATE | Shirlee J. Pritt | _____ BORROWER DATE |
|---|---|---|

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: Scott W. Pritt                     Loan Number: **000652164694**

Property Address: **965 Windsong Circle**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Apopka, FL 32703**

Tax I.D. No.:**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**

---

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **June 5, 2000**            ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of _____
(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____        _____
Customer's Signature                          Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____        _____
Name                          Date      Name Scott W. Pritt                    Date

_____        _____
Name                          Date      Name Shirlee J Pritt                    Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Wanda Roman
1824 N 23rd Ave
Hollywood, FL  33020

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA  92626

Loan No: 000652133024

Property: 1824 N 23rd Ave
Hollywood, FL  33020

Type of Loan: Conventional
Date: May 19, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| 19.334 % | $ 27,631.35 | $ 13,320.57 | $ 40,951.92 |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 227.55 | Monthly beginning 07/01/2000 | | | |
| 1 | 220.47 | Monthly beginning 06/01/2015 | | | |

DEMAND FEATURE: [X]  This loan does not have a Demand Feature.   [ ]  This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ]  The annual percentage rate does not take into account your required deposit

VARIABLE RATE FEATURE: [ ]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property being purchased in this transaction located at:  1824 N 23rd Ave  Hollywood, FL  33020

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 31 00        NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of 6.000 % of the payment.

PREPAYMENT: If you pay off your loan early, you
[ ] may  [X] will not  have to pay a prepayment penalty.
[ ] may  [X] will not  have to pay a minimum finance charge.
[ ] may  [X] will not  be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____
BORROWER/DATE          Wanda Roman

_____
BORROWER/DATE

_____
BORROWER/DATE

_____
BORROWER/DATE

159003 - 06/23/1999
LASER PRO. Reg. U.S. Pat. & T.M Off., Version 2 0 8 7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: Wanda Roman                     Loan Number:   000652133024

Property Address: 1824 N 23rd Ave         Lender: GMAC Mortgage Corporation DBA ditech.com
                  Hollywood, FL  33020

Tax I.D. No.: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

### 1. YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) May 19, 2000                ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                                    (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                               Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____        _____
Name                           Date    Name Wanda Roman              Date

_____        _____
Name                           Date    Name                          Date

# TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Larry S. Skiles
5101 Presidential Street
Seffner, FL 33584

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA 92626

Loan No: 000652058122

Property: 5101 Presidential Street
Seffner, FL 33584

Type of Loan: Conventional
Date: February 16, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 14.983 % | $ 41,246.58 | $ 27,038.98 | $ 68,285.56 |

REPAYMENT: See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 379.38 | Monthly beginning 04/01/2000 | | | |
| 1 | 376.54 | Monthly beginning 03/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at:    5101 Presidential Street
Seffner, FL 33584

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 60.00                    NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 15 days late, you will be charged a late charge of  5.000% of the payment.

PREPAYMENT: If you pay off your loan early, you
[X] may     [ ] will not     have to pay a prepayment penalty.
[ ] may     [X] will not     have to pay a minimum finance charge.
[ ] may     [X] will not     be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

BORROWER/DATE   Larry J. Skiles                     BORROWER/DATE

BORROWER/DATE   Brenda Skiles                       BORROWER/DATE

159003 - 06/22/1999
LASER PRO, Reg. U.S. Pat. & T.M.Off., Version 2.0.8 7p14 (c) 2000 CFI ProServices, Inc. All Rights Reserved.

**(General)**

Borrower: **Larry E. Skiles**                Loan Number:   **000652058122**

Property Address: **5101 Presidential Street**         Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Seffner, FL  33584**

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **February 16, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

                                                                    (date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                          Date       Name Larry E. Skiles              Date

_____          _____
Name                          Date       Name **Brenda Skiles**             Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Sandra R. Summers, Monte J. Summers<br>3703 Stonefield Dr<br>Orlando, FL 32826 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr, Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652300727

| | |
|---|---|
| Property: 3703 Stonefield Dr<br>Orlando, FL 32826 | Type of Loan: Conventional<br>Date: September 26, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **16.658 %** | $ **45,263.28** | $ **26,196.43** | $ **71,459.71** |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 397.01 | Monthly beginning 11/01/2000 | | | |
| 1 | 394.92 | Monthly beginning 10/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature    [ ] This loan has a Demand Feature as follows.

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at    3703 Stonefield Dr<br>Orlando, FL 32826

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms<br>[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 165.00          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance  Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of   6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you<br>
[X] may   [ ] will not   have to pay a prepayment penalty<br>
[ ] may   [X] will not   have to pay a minimum finance charge<br>
[ ] may   [X] will not   be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____ BORROWER/DATE | Sandra R. Summers _____ BORROWER DATE |
| _____ BORROWER/DATE | Monte J. Summers _____ BORROWER DATE |

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Sandra R. Summers**                    Loan Number:  **000652300727**

Property Address: **3703 Stonefield Dr**                    Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Orlando, FL  32826**

Tax I.D. No.:**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**

---

## 1. YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **September 26, 2000**        ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                                    Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                                              Date          Name **Sandra R. Summers**                    Date

_____          _____
Name                                              Date          Name **Monte J. Summers**                    Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Leon White<br>3043 S. Atlantic Avenue 1003<br>Daytona Beach Shores, FL 32118 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652346387

| | |
|---|---|
| Property: 3043 South Atlantic Avenue #1003<br>Daytona Beach Shores, FL 32118 | Type of Loan: Conventional<br>Date: November 7, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 16.232 % | $ 66,061.98 | $ 39,097.86 | $ 105,159.84 |

REPAYMENT: See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 584.24 | Monthly beginning 01/01/2001 | | | |
| 1 | 580.88 | Monthly beginning 12/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at:    3043 South Atlantic Avenue #1003
Daytona Beach Shores, FL 32118

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 231 00          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of  6 000% of the payment.

PREPAYMENT: If you pay off your loan early, you
[ ] may   [X] will not   have to pay a prepayment penalty.
[ ] may   [X] will not   have to pay a minimum finance charge
[ ] may   [X] will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE | Leon White _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |

159003 - 06/23/1999
LASER PRO. Reg. U.S Pat. & T.M.Off., Version 2.0 8.7p14 (c) 2000 CFI ProServices, Inc. All Rights Reserved.

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: Leon White                     Loan Number:   000652346387

Property Address: 3043 South Atlantic Avenue , #1003   Lender: GMAC Mortgage Corporation DBA ditech.com
                 Daytona Beach Shores, FL  32118

Tax I.D. No.: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

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You
have a legal right under federal law to cancel this transaction, without cost, within three business days from
whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually
signed and acknowledged by you (you have indicated that this will occur on) **November 7, 2000**       ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days
after we receive your notice, we must take the steps necessary to reflect the fact that the
[mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or
property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but
you must then offer to return the money or property. If it is impractical or unfair for you to return the property,
you must offer its reasonable value. You may offer to return the property at your home or at the location of the
property. Money must be returned to the address below. If we do not take possession of the money or property
within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you
may use this notice by dating and signing below. Keep one copy of this notice because it contains important
information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                                              (date)
(or midnight of the third business day following the latest of the three events listed above).  If you send or
deliver your written notice to rescind some other way, the notice must be delivered to us at the above address
no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                 Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE
NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT
TO CANCEL THIS TRANSACTION.

_____                    _____
Name                         Date                    Name Leon White                    Date

_____                    _____
Name                         Date                    Name                               Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Jerry Lee  Williams Sr, Patricia Z. Williams<br>2634 Staley Ct<br>Orlando, FL 32818 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652182754

| | |
|---|---|
| Property:  2634 Staley Ct<br>Orlando, FL 32818 | Type of Loan: Conventional<br>Date: June 20, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 20.485 % | $  28,670.54 | $   12,860.09 | $   41,530.63 |

REPAYMENT: See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 230.75 | Monthly beginning 08/01/2000 | | | |
| 1 | 226.38 | Monthly beginning 07/01/2015 | | | |

**DEMAND FEATURE:** [X]  This loan does not have a Demand Feature   [ ]  This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ]  The annual percentage rate does not take into account your required deposit

**VARIABLE RATE FEATURE:** [ ]  This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at        2634 Staley Ct
                                                                                                                      Orlando, FL  32818

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 82.50                    **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan  Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of    6.000% of the payment

**PREPAYMENT:** If you pay off your loan early, you

| | | |
|---|---|---|
| [X] may | [ ] will not | have to pay a prepayment penalty |
| [ ] may | [X] will not | have to pay a minimum finance charge |
| [ ] may | [X] will not | be entitled to a refund of part of the finance charge |

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

| | |
|---|---|
| _____<br>BORROWER/DATE | Jerry Lee  Williams Sr  _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | Patricia Z  Williams  _____<br>BORROWER/DATE |

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: Jerry Lee  Williams Sr          Loan Number:  000652182754


Property Address: **2634 Staley Ct**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Orlando, FL  32818**

Tax I.D. No.:**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**

---

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) June 20, 2000          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.


### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of _____
(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                          Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.


_____          _____
Name                          Date          Name Jerry Lee  Williams Sr                    Date


_____          _____
Name                          Date          Name Patricia Z. Williams                    Date

---

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: **Jose Antonio Arroyo**         Loan Number:   **000652126182**

Property Address: **3224 Avocet Lane**      Lender: **GMAC Mortgage Corporation DBA ditech.com**
                  **Orange Park, FL 32065**

Tax I.D. No.: **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**

---

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 20, 2000**              ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA 92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

_____          _____
Customer's Signature                              Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                            Date       Name Jose Antonio Arroyo          Date

_____          _____
Name                            Date       Name Sandy Arroyo                Date

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: **Jose Antonio Arroyo**                    Loan Number:   **000652126182**

Property Address: **3224 Avocet Lane**                    Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Orange Park, FL  32065**

Tax I.D. No.: **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**

---

**1. YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 20, 2000**            ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

_____
(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

_____          _____
Customer's Signature                                      Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____
Name                                      Date          Name Jose Antonio Arroyo          Date

_____          _____
Name                                      Date          Name Sandy Arroyo          Date

LASER PRO  Reg. U.S. Pat. & T.M. Off.  Version 2.6.6  3p14w  1997 CFI ProServices, Inc.  All Rights Reserved  13504fc  11/04/97

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Thomas J. Tomlinson, William E. Duke<br>3795 Seminole Dr<br>Orlando, FL 32812 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

**Loan No: 000652081028**

| | |
|---|---|
| Property: 3795 Seminole Dr<br>Orlando, FL 32812 | Type of Loan: Conventional<br>Date: March 6, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 18.531 % | $ 80,321.43 | $ 21,521.27 | $ 101,842.70 |

**REPAYMENT:** See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 339.53 | Monthly beginning 05/01/2000 | | | |
| 1 | 323.23 | Monthly beginning 04/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property being purchased in this transaction located at:     3795 Seminole Dr
Orlando, FL 32812

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 50.00     **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of     6.000 % of the payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may   [ ] will not   have to pay a prepayment penalty.
[ ] may   [X] will not   have to pay a minimum finance charge.
[X] may   [ ] will not   be entitled to a refund of part of the finance charge.

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: Joseph P. Grobaski                    Loan Number:  000652079284

Property Address. 1005 10th Lane                Lender: GMAC Mortgage Corporation DBA ditech.com
           Greenacres, FL  33463

Tax I.D. No ·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

### 1. YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **April 1, 2000**               ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

                                                                    (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m  on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                              _____
Customer's Signature                                     Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION

_____           _____
Name                          Date    Name Joseph P. Grobaski                  Date

_____           _____
Name                          Date    Name  **Diana Kolb**                     Date

# NOTICE OF RIGHT TO CANCEL
(General)

Borrower: **Sandra A. Kline**                      Loan Number:  **000652155208**

Property Address: **13006 Carrollwood Creek Drive**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Tampa, FL  33624**

Tax I.D. No.:**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**

## 1. YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **May 30, 2000**             ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

_____
(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                      _____
Customer's Signature                                  Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____     _____          _____
Name                                        Date          Name **Sandra A. Kline**                      Date

_____          _____     _____          _____
Name                                        Date          Name                                        Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: Sandra A. Kline<br>13006 Carrollwood Creek Drive<br>Tampa, FL 33624 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652155208

| | |
|---|---|
| Property: 13006 Carrollwood Creek Drive<br>Tampa, FL 33624 | Type of Loan: Conventional<br>Date: May 30, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| 19.761 % | $ 70,309.37 | $ 17,377.96 | $ 87,687.33 |

**REPAYMENT:** See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 292.44 | Monthly beginning 08/01/2000 | | | |
| 1 | 247.77 | Monthly beginning 07/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:   13006 Carrollwood Creek Drive
Tampa, FL 33624

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 111.92          **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of 6.000% of the payment.

**PREPAYMENT:** If you pay off your loan early, you

| | | |
|---|---|---|
| [X] may | [ ] will not | have to pay a prepayment penalty. |
| [ ] may | [X] will not | have to pay a minimum finance charge. |
| [ ] may | [X] will not | be entitled to a refund of part of the finance charge. |

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE | Sandra A Kline _____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | _____<br>BORROWER/DATE |

**NOTICE OF RIGHT TO CANCEL**
(General)

Borrower: Susan Lambert            Loan Number:  000652094206

Property Address: 4067 Willow Oak Lane            Lender: GMAC Mortgage Corporation DBA ditech.com
Fernandina Beach, FL  32034

Tax I.D. No.: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

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **March 20, 2000**                ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____            _____
Customer's Signature                                    Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____            _____
Name                              Date       Name Fred G. Lambert                 Date

_____            _____
Name                              Date       Name Susan Lambert                   Date

**NOTICE OF RIGHT TO CANCEL**
(General)

Borrower: Fred G. Lambert

Loan Number: 000652094206

Property Address: **4067 Willow Oak Lane
Fernandina Beach, FL 32034**

Lender: GMAC Mortgage Corporation DBA ditech.com

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **March 20, 2000** ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA 92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

| Customer's Signature | Date |
|---|---|
|  |  |

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

| Name | Date | Name Fred G. Lambert | Date |
|---|---|---|---|
|  |  |  |  |
| Name | Date | Name Susan Lambert | Date |

LASER PRO, Reg. U.S. Pat. & T.M. Off., Version 2.6 & 2p14(c) 1997 CFI ProServices, Inc. All Rights Reserved. [FL]-N3L IL-[FL.LN]

# TRUTH IN LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Fred G. Lambert, Susan Lambert | Lender: GMAC Mortgage Corporation DBA ditech.com |
|---|---|
| 4067 Willow Oak Lane | 3200 Park Center Dr. Suite 150 |
| Fernandina Beach, FL 32034 | Costa Mesa, CA  92626 |

Loan No. 000652094206

| Property: 4067 Willow Oak Lane | Type of Loan: Conventional |
|---|---|
| Fernandina Beach, FL 32034 | Date: March 20, 2000 |
| | Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled. |
| **15.160 %** | **$ 98,098.48** | **$ 63,653.11** | **$ 161,751.59** |

**REPAYMENT:** See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 898.63 | Monthly beginning 05/01/2000 | | | |
| 1 | 896.82 | Monthly beginning 04/01/2015 | | | |

**DEMAND FEATURE:** [X]  This loan does not have a Demand Feature.   [ ]  This loan has a Demand Feature as follows:

**REQUIRED DEPOSIT:** [ ]  The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ]  This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property being purchased in this transaction located at:    4067 Willow Oak Lane
Fernandina Beach, FL 32034

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ]  may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 340.00      **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10  days late, you will be charged a late charge of   6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you
[ ] may  [X] will not   have or have to pay a prepayment penalty.
[ ] may  [X] will not   have to pay a minimum finance charge.
[ ] may  [X] will not   be entitled to a refund of part of the finance charge.

**See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.**

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| BORROWER/DATE | Fred Lambert | BORROWER DATE |
|---|---|---|

| BORROWER/DATE | Susan Lambert | BORROWER/DATE |
|---|---|---|

# NOTICE OF RIGHT TO CANCEL
## (General)

Borrower: **Scott S. Nagy**                    Loan Number:  **000652154319**

Property Address: **907 West Rich Avenue**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Deland, FL  32720**

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **June 6, 2000**                    ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

I WISH TO CANCEL

Customer's Signature                                    Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

Name                                    Date        Name Scott S. Nagy                    Date

Name                                    Date        Name Laurie L. Basson                    Date

# NOTICE OF RIGHT TO CANCEL
**(General)**

| | |
|---|---|
| Borrower: **Laurie L. Basson** | Loan Number:  **000652154319** |

| | |
|---|---|
| Property Address: **907 West Rich Avenue**<br>**Deland, FL  32720** | Lender: **GMAC Mortgage Corporation DBA ditech.com** |

Tax I.D. No.: **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**

## 1. YOUR RIGHT TO CANCEL
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **June 6, 2000**                 ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

## 2. HOW TO CANCEL
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

| | | |
|---|---|---|
| Customer's Signature | | Date |

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

| | | | |
|---|---|---|---|
| Name | Date | Name **Scott S. Nagy** | Date |

| | | | |
|---|---|---|---|
| Name | Date | Name **Laurie L. Basson** | Date |

LASER PRO  Reg. U.S. Pat. & T.M Off.  Version 3.0.0.7g16.cr 1997 CFI ProServices, Inc. All Rights Reserved  1990 Sla  11/06/97

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant: Scott S. Nagy, Laurie L. Basson | Lender: GMAC Mortgage Corporation DBA ditech.com |
|---|---|
| 907 West Rich Avenue | 3200 Park Center Dr. Suite 150 |
| Deland, FL 32720 | Costa Mesa, CA 92626 |

Loan No: 000652154319

| Property: 907 West Rich Avenue | Type of Loan: Conventional |
|---|---|
| Deland, FL 32720 | Date: June 6, 2000 |
| | Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| **19.925 %** | **$ 51,869.48** | **$ 12,754.92** | **$ 64,624.40** |

REPAYMENT: See Payment Schedule below

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 215.56 | Monthly beginning 08/01/2000 | | | |
| 1 | 171.96 | Monthly beginning 07/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier

**SECURITY:** You are giving a security interest in the property located at   907 West Rich Avenue
Deland, FL 32720

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 82.50     **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of   6.000 % of the payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may     [ ] will not     have to pay a prepayment penalty.
[ ] may     [X] will not     have to pay a minimum finance charge
[ ] may     [X] will not     be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____ BORROWER/DATE | Scott S Nagy _____ BORROWER/DATE |
| _____ BORROWER/DATE | Laurie L Basson _____ BORROWER/DATE |

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower  Mildred S  Smith                          Loan Number   000652128198

Property Address  7326  Fieldcrest Avenue           Lender  GMAC Mortgage Corporation DBA ditech.com
                  Winter Park, FL  32792

Tax I D  No : 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

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **May 10, 2000**                ; or
(2) the date you received your Truth-in-Lending disclosures, or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days, after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of *May 13, 2000*
(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5.00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____         _____
Customer's Signature                              Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION

_____    _____    _____    _____
Name                       Date       Name  Mildred S  Smith      Date

4

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| Applicant  Mildred S. Smith | Lender  GMAC Mortgage Corporation DBA ditech.com |
|---|---|
| 7326 Fieldcrest Avenue | 3200 Park Center Dr  Suite 150 |
| Winter Park, FL  32792 | Costa Mesa, CA  92626 |

Loan No: 000652128198

| Property  7326 Fieldcrest Avenue | Type of Loan: Conventional |
|---|---|
| Winter Park, FL  32792 | Date: May 10, 2000 |
| | Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after you have made all payments as scheduled |
| **16.145** % | $ **118,596.75** | $ **37,745.85** | $ **156,342.60** |

REPAYMENT: See Payment Schedule below

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 521.17 | Monthly beginning 07/01/2000 | | | |
| 1 | 512.77 | Monthly beginning 06/01/2025 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature    [ ] This loan has a Demand Feature as follows

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier

SECURITY: You are giving a security interest in the property located at       7326 Fieldcrest Avenue
Winter Park, FL  32792

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

FILING / RECORDING FEES: $ 82.00            NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender

LATE CHARGES: If a payment is more than 10  days late, you will be charged a late charge of    6.000 % of the payment

PREPAYMENT: If you pay off your loan early, you
[X] may     [ ] will not     have to pay a prepayment penalty
[ ] may     [X] will not     have to pay a minimum finance charge
[ ] may     [X] will not     be entitled to a refund of part of the finance charge

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure

| BORROWER DATE | Mildred S. Smith | BORROWER DATE |
|---|---|---|

| BORROWER DATE | | BORROWER DATE |
|---|---|---|

## NOTICE OF RIGHT TO CANCEL
(General)

Borrower: Clifford D. Younger                    Loan Number:   000652137616

Property Address: 2118 Hovington Circle West          Lender: GMAC Mortgage Corporation DBA ditech.com
Jacksonville, FL  32246

Tax I.D. No.: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

### 1. YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) May 13, 2000                ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

### 2. HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)

(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____                    _____
Customer's Signature                                            Date

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____                    _____
Name                                      Date      Name Clifford D. Younger                 Date

_____                    _____
Name                                      Date      Name Helenita C. Younger                 Date

ILASER PRO  Reg  U.S. Pat  & T M Off  Version 2.0.8.Sp1441 1997 CFI ProServices  Inc  All Rights Reserved  (FL093a  (10-04-97)

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **Helenita C. Younger**          Loan Number:   **000652137616**

Property Address: **2118 Hovington Circle West**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Jacksonville, FL  32246**

Tax I.D. No.: **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**

---

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **May 13, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of _____
(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____          _____
Customer's Signature                                    Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____          _____          _____          _____
Name                                         Date          Name **Clifford D. Younger**          Date

_____          _____          _____          _____
Name                                         Date          Name **Helenita C. Younger**          Date

LASER PRO, Reg. U.S. Pat. & T.M.Off. Version 2.0.2 fp16sn 1997 CFI ProServices, Inc. All Rights Reserved  [FL005Bc 11/06/97]

# TRUTH IN LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: Clifford D. Younger, Helenita C. Younger
2118 Hovington Circle West
Jacksonville, FL  32246

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA  92626

Loan No: 000652137616

Property: 2118 Hovington Circle West
Jacksonville, FL  32246

Type of Loan: Conventional
Date: May 13, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled |
| **19.520 %** | $ **147,892.29** | $ **37,443.60** | $ **185,335.89** |

REPAYMENT: See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 299 | 617.92 | Monthly beginning 07/01/2000 | | | |
| 1 | 577.81 | Monthly beginning 06/01/2025 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.    [ ] This loan has a Demand Feature as follows.

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature  Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:  2118 Hovington Circle West
Jacksonville, FL  32246

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

**FILING / RECORDING FEES:** $ 236.50        **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of   6.000 % of the payment

**PREPAYMENT:** If you pay off your loan early, you

[X] may   [ ] will not   have to pay a prepayment penalty.
[ ] may   [X] will not   have to pay a minimum finance charge.
[ ] may   [X] will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_____
BORROWER/DATE          Clifford D Younger

_____
BORROWER/DATE

_____
BORROWER/DATE          Helenita C Younger

_____
BORROWER/DATE

159003 - 06/23/1999
LASER PRO. Reg. U.S. Pat. & T.M.Off , Version 2.0.8.7p14 (c) 2000 CFI ProServices, Inc  All Rights Reserved.

## NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: **HARVEY A. BLALOCK**          Loan Number:   **000652142338**

Property Address: **7105 N W 41ST LANE**          Lender: **GMAC Mortgage Corporation DBA ditech.com**
**Gainesville, FL  32606**

Tax I.D. No.: **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**

---

**1. YOUR RIGHT TO CANCEL**
You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **May 16, 2000**          ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.
You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**
If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)
You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of

(date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____          _____
Customer's Signature                              Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.


_____          _____
Name                              Date          Name CAROL D. BLALOCK                              Date


_____          _____
Name                              Date          Name HARVEY A. BLALOCK                              Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicant: CAROL D. BLALOCK, HARVEY A. BLALOCK<br>7105 N W 41ST LANE<br>Gainesville, FL 32606 | Lender: GMAC Mortgage Corporation DBA ditech.com<br>3200 Park Center Dr. Suite 150<br>Costa Mesa, CA 92626 |

Loan No: 000652142338

| | |
|---|---|
| Property: 7105 N W 41ST LANE<br>Gainesville, FL 32606 | Type of Loan: Conventional<br>Date: May 16, 2000<br>Disclosure Type: Final |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 14.616 % | $ 135,282.92 | $ 91,274.93 | $ 226,557.85 |

REPAYMENT: See Payment Schedule below.

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 1,258.67 | Monthly beginning 07/01/2000 | | | |
| 1 | 1,255.92 | Monthly beginning 06/01/2015 | | | |

**DEMAND FEATURE:** [X] This loan does not have a Demand Feature.  [ ] This loan has a Demand Feature as follows.

**REQUIRED DEPOSIT:** [ ] The annual percentage rate does not take into account your required deposit.

**VARIABLE RATE FEATURE:** [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at:   7105 N W 41ST LANE
Gainesville, FL 32606

**ASSUMPTION:** Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms

**FILING / RECORDING FEES:** $ 540.10        **NON-FILING INSURANCE:** $ N/A

**PROPERTY INSURANCE:** [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

**LATE CHARGES:** If a payment is more than 10 days late, you will be charged a late charge of  6.000% of the payment.

**PREPAYMENT:** If you pay off your loan early, you
[X] may  [ ] will not   have to pay a prepayment penalty
[ ] may  [X] will not   have to pay a minimum finance charge
[ ] may  [X] will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| | |
|---|---|
| _____<br>BORROWER/DATE | CAROL D BLALOCK<br>_____<br>BORROWER/DATE |
| _____<br>BORROWER/DATE | HARVEY A BLALOCK<br>_____<br>BORROWER/DATE |

# HOME EQUITY LINE OF CREDIT
## NOTICE OF RIGHT TO CANCEL

Loan Number:    000652124202

### 1.    YOUR RIGHT TO CANCEL

We have agreed to establish an open-end credit loan for you, and you have agreed to give us a lien on your home as security for the loan. You have a legal right under federal law to cancel this transaction for the loan number noted above, without cost, within three business days after the latest of the following events:



    (a)  The opening date of your loan, which is the date the credit line agreement and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur) on  **April 18, 2000**                  , or
    (b)  The date you received you Truth-in-Lending disclosures; or
    (c)  The date you received this notice of your right to cancel the account.

If you cancel the loan, the mortgage or deed of trust on your home is also cancelled. Within 20 days of receiving your notice, we must take the necessary steps to reflect the fact that the mortgage or deed of trust on your home has been cancelled. We must return to you any money you have given to us or to anyone else in connection with the loan.

You may keep any money we have given you until we have done the things mentioned above, but you must then offer to return the money to the address shown below. If we do not take possession of the money within 20 calendar days of your offer, you may keep it without further obligation.

### 2.    HOW TO CANCEL

If you decide to cancel the loan, you may do so by notifying us, in writing, at:

**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA 92626.**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing in the appropriate space below. Keep one copy of this notice no matter how you notify us because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice prior to _____ (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

_____     _____
Signature -  Donald E. Broman          Date        Signature -  Dolores E. Broman          Date

### RECEIPT OF NOTICE

Each of the undersigned acknowledges that (s)he received an unexecuted copy of the Home Equity Line of Credit Agreement and Federal Truth-in-Lending Disclosure Statement and two copies of this notice on

_____

_____     _____
Signature -  Donald E. Broman          Date        Signature -  Dolores E. Broman          Date

# NOTICE OF RIGHT TO CANCEL
### (General)

Borrower: J. Ferrell Holt                Loan Number:   000652085617

Property Address: 370 Bella Vista Ct #40G       Lender: GMAC Mortgage Corporation DBA ditech.com
                 Jupiter, FL  33477

Tax I.D. No.: 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

---

**1. YOUR RIGHT TO CANCEL**

You are entering into a transaction that will result in a [mortgage/lien/security interest] [on/in] your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

(1) the date of the transaction, which is the date the promissory note and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur on) **March 20, 2000**     ; or
(2) the date you received your Truth-in-Lending disclosures; or
(3) the date you received this notice of your right to cancel.

If you cancel the transaction, the [mortgage/lien/security interest] is also cancelled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the [mortgage/lien/security interest] [on/in] your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

**2. HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at
**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA  92626**
(creditor's name and business address)

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of
                                                        (date)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to rescind some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

### I WISH TO CANCEL

_____             _____
Customer's Signature                       Date

---

ON THE DATE LISTED ABOVE I/WE THE UNDERSIGNED EACH RECEIVED TWO (2) COMPLETED COPIES OF THE NOTICE OF THE RIGHT TO CANCEL IN THE FORM PRESCRIBED BY LAW ADVISING ME/US OF MY/OUR RIGHT TO CANCEL THIS TRANSACTION.

_____        _____
Name               Date       Name J. Ferrell Holt              Date

_____        _____
Name               Date       Name Kelly Holt                Date

## TRUTH IN LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Applicant: J. Ferrell Holt, Kelly Holt
370 Bella Vista Ct #40G
Jupiter, FL 33477

Lender: GMAC Mortgage Corporation DBA ditech.com
3200 Park Center Dr. Suite 150
Costa Mesa, CA 92626

Loan No: 000652085617

Property: 370 Bella Vista Ct #40G
Jupiter, FL 33477

Type of Loan: Conventional
Date: March 20, 2000
Disclosure Type: Final

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 9.875 % | $ 24,912.45 | $ 26,940.72 | $ 51,853.17 |

REPAYMENT: See Payment Schedule below.

PAYMENT SCHEDULE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|---|---|---|
| 179 | 288.09 | Monthly beginning 05/01/2000 | | | |
| 1 | 285.06 | Monthly beginning 04/01/2015 | | | |

DEMAND FEATURE: [X] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

REQUIRED DEPOSIT: [ ] The annual percentage rate does not take into account your required deposit.

VARIABLE RATE FEATURE: [ ] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at:   370 Bella Vista Ct #40G
Jupiter, FL  33477

ASSUMPTION: Someone buying this property [X] cannot assume the remainder of the mortgage on the original terms.
[ ] may assume, subject to conditions, the remainder of the mortgage on the original terms.

FILING / RECORDING FEES: $ 54.00          NON-FILING INSURANCE: $ N/A

PROPERTY INSURANCE: [X] Homeowner's insurance, or fire and extended coverage, is a required condition of this loan. Also, if the property securing this loan is located in a flood hazard area, you will be required to obtain flood insurance. Borrower may purchase this insurance from any insurance company acceptable to lender.

LATE CHARGES: If a payment is more than 10 days late, you will be charged a late charge of 6.000 % of the payment.

PREPAYMENT: If you pay off your loan early, you
[ ] may   [X] will not   have to pay a prepayment penalty.
[ ] may   [X] will not   have to pay a minimum finance charge.
[ ] may   [X] will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

| BORROWER/DATE | J Ferrell Holt | BORROWER/DATE |
|---|---|---|

| BORROWER/DATE | Kelly Holt | BORROWER/DATE |
|---|---|---|

# HOME EQUITY LINE OF CREDIT
# NOTICE OF RIGHT TO CANCEL

Loan Number:   **000652094365**

## 1.   YOUR RIGHT TO CANCEL

We have agreed to establish an open-end credit loan for you, and you have agreed to give us a lien on your home as security for the loan. You have a legal right under federal law to cancel this transaction for the loan number noted above, without cost, within three business days after the latest of the following events:

(a)   The opening date of your loan, which is the date the credit line agreement and mortgage or deed of trust are actually signed and acknowledged by you (you have indicated that this will occur) on   **March 17, 2000**               , or

(b)   The date you received you Truth-in-Lending disclosures; or

(c)   The date you received this notice of your right to cancel the account.

If you cancel the loan, the mortgage or deed of trust on your home is also cancelled. Within 20 days of receiving your notice, we must take the necessary steps to reflect the fact that the mortgage or deed of trust on your home has been cancelled. We must return to you any money you have given to us or to anyone else in connection with the loan.

You may keep any money we have given you until we have done the things mentioned above, but you must then offer to return the money to the address shown below. If we do not take possession of the money within 20 calendar days of your offer, you may keep it without further obligation.

## 2.   HOW TO CANCEL

If you decide to cancel the loan, you may do so by notifying us, in writing, at:

**GMAC Mortgage Corporation DBA ditech.com, 3200 Park Center Dr. Suite 150, Costa Mesa, CA 92626.**

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing in the appropriate space below. Keep one copy of this notice no matter how you notify us because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice prior to _____ (or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, the notice must be delivered to us at the above address no later than 5:00 p.m. on the third business day following the date the loan is made.

**I WISH TO CANCEL**

_____     _____
Signature -  Andre Dekahn Sams          Date      Signature -                          Date


## RECEIPT OF NOTICE

Each of the undersigned acknowledges that (s)he received an unexecuted copy of the Home Equity Line of
Credit Agreement and Federal Truth-in-Lending Disclosure Statement and two copies of this notice on
_____.


_____     _____
Signature -  Andre Dekahn Sams          Date      Signature -                          Date